AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
David Antonio Ticas

_____
Defendant

)
)  Case: 1:21-mj-00606
)  Assigned to: Judge Meriweather, Robin M.
)  Assign Date: 9/21/2021
)  Description: COMPLAINT W/ ARREST WARRANT
)
)

## ARREST WARRANT

To:      Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*        David Antonio Ticas                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds ;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 09/21/2021                                                  2021.09.21 14:24:07 -04'00'
                                                                           *Issuing officer's signature*

City and state:  Washington, D.C.                       Robin M. Meriweather, U.S. Magistrate Judge
                                                                           *Printed name and title*

---

### Return

This warrant was received on (date) 9/21/2021, and the person was arrested on (date) 9/23/2021
at (city and state) BREA, CALIFORNIA.

Date: 9/23/2021                                                  _____
                                                                           *Arresting officer's signature*

                                                                 DANIEL DALES - SPECIAL AGENT
                                                                           *Printed name and title*