# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DAVID ANTONIO TICAS,<br><br>Defendant. | Criminal Action No. 21-601 (JDB) |

## ORDER

Based upon Mr. Ticas's oral request at the status conference held on December 1, 2021 that the United States Pretrial Services Office return his passport for a period of 48 hours, and the entire record herein, it is hereby

**ORDERED** that the oral request is **GRANTED**; and it is further

**ORDERED** that the United States Pretrial Services Office shall return the passport belonging to David Antonio Ticas for a period of 48 hours.  Upon the expiration of the 48-hour period, Mr. Ticas shall return the passport to Pretrial Services.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated:  December 1, 2021

1