# Exhibit A

SUPPORT OUR MISSION

STARS AND STRIPES

Sea

LOGIN

MIGRATION NEWS

# Threat overrides servicemembers' vaccine fears

BY MARK OLIVA • • FEBRUARY 18, 2003



Marine Lance Cpl. Dave Ticas, with 15th Marine Expeditionary Unit, shows his smallpox blister, just above his Marine Corps tattoo. The blister is a sign that the inoculation took effect and Ticas's

body is building immunity against smallpox exposure. (Mark Oliva / S&S)



Listen to this article now 5 minutes Powered by Trinity Audio
00:00 04:32 1.0×

ABOARD USS TARAWA — They came by the thousands. Sleeves rolled up past their shoulders, tiny white blisters poking up from upper arms. The half-inch pustules were telltale signs that the smallpox inoculations had taken effect.

Immunity against deadly toxins was building up in their bodies. It was also a signal that fears of adverse reactions to drugs designed to counter chemical and biological attacks were far-less pronounced over the past few weeks than they were several years ago when some servicemembers opted to face court-marital rather than be vaccinated.

“I have all my shots, both anthrax and smallpox,” said Marine Staff Sgt. Steven Draper, assigned to 15th Marine Expeditionary Unit. “I heard a couple of wild stories on TV, but I wasn’t worried.”

Draper, a Marine for 12 years, paused, and then recounted his first anthrax shot.

EXHIBIT A - 2

He admitted there were some initial concerns about how his body would react.

“After the first shot, I was at ease,” he said. “There were no bad reactions.”

Still, he said fear of exposure to agents was the driving factor for him to line up for the vaccinations, not fears of punishment for disobeying orders.

“I got them because of the threat of the weapons,” Draper explained. “I’d rather have a reaction to the shot than a reaction to the agent. The shot might make me sick, but the agent could kill me.”

Draper had his first smallpox vaccination as a child. Standing in line, shirt sleeve rolled up to reveal a blister, he said he was never worried about reacting to the inoculation, three small pinpricks into the skin of his left shoulder. He endured the typical reactions: minor swelling, itching and a blister he couldn’t touch or wash until the scab finally fell off. Touching the open sore left after the inoculation could transfer the live cowpox vaccine to open cuts or the eyes, nose, mouth or even the genitals.

“It was just uncomfortable, that’s all,” Draper said. “You just have to deal with it. If it works, then it was worth it.”

Still, Draper said there is the outside possibility that the vaccines might not be effective. He knows there is a possibility that Iraq is stockpiling strains of the agents that are more potent than those used to immunize him.

And there is no vaccine against nerve agents. Iraq is believed to have stores of VX and Sarin gas, agents that kill within hours of exposure. Draper picked up a

package of injectors — atropine — that he will have to shoot into his

leg if he becomes exposed to the deadly nerve gasses.

“I hope they work,” Draper said. “Hopefully, they will protect us. I’d still get the shots now if I didn’t have them before. I’d rather be safe than sorry.”

Critics warn that anthrax vaccines can have long-lasting effects, attacking the lymph nodes. The exact causes of Gulf War syndrome — former military members report suffering loss of hair, exhaustion and even suppressed immune responses — are still unknown.

But that doesn’t worry Sgt. Cereius Greene, a Marine of nine years. He’s gotten all six anthrax and the smallpox shots. Although he doesn’t have children, he said the risk of passing any lingering effects or suffering symptoms later in life is a trade-off to the immediate threat of exposure.

“I had no concerns when I got the shots,” Greene explained. “I thought it was something that had to be done. If there are effects, it’s just something I have to deal with. Right now, I have to worry about the job at hand.”

That job in front of Greene and the rest of the Marines in the 15th MEU is to be ready to square off against an Iraqi force armed with what U.S. intelligence says is tons of the deadly toxins. But it’s also a threat that has already become a reality within the United States. Anthrax spores sent through the mail contaminated offices in the Hart Senate Office Building and killed postal workers in Washington, D.C.

“I don’t know if the threat is real. This is a precaution just in case,” said Marine Cpl. Felix Hansy. “But look at what happened with the anthrax in the mail. I feel 95 percent sure these shots will protect us. I

# Exhibit B

USMC FITNESS REPORT (1610) FITREP ID #306339
NAVMC 10835A (Rev. 1-01 (EF-Ares 5.1.12.0)
PREVIOUS EDITIONS WILL NOT BE USED
FOUO - Privacy sensitive if filled in

DO NOT STAPLE THIS FORM

# COMMANDANT'S GUIDANCE

The completed fitness report is the most important information component in manpower management. It is the primary means of evaluating a Marine's performance and is the Commandant's primary tool for the selection of personnel for promotion, augmentation, resident schooling, command, and duty assignments. Therefore, the completion of this report is one of an officer's most critical responsibilities. Inherent in this duty is the commitment of each Reporting Senior and Reviewing Officer to ensure the integrity of the system by giving close attention to accurate marking and timely reporting. Every officer serves a role in the scrupulous maintenance of this evaluation system, ultimately important to both the individual and the Marine Corps. Inflationary markings only serve to dilute the actual value of each report. Reviewing Officers will not concur with inflated reports.

## A. ADMINISTRATIVE INFORMATION

1. Marine Reported On:

| a. Last Name | b. First Name | c. MI | d. ID | e. Grade | f. DOR | g. PMOS | h. BILMOS |
|---|---|---|---|---|---|---|---|
| TICAS | DAVID | A | [redacted] | SGT | [redacted] | [redacted] | [redacted] |

2. Organization:

| a. MCC | b. RUC | c. Unit Description |
|---|---|---|
| SAN | 20123 | 3D CIVIL AFFAIRS GROUP |

3. Occasion and Period Covered: / 4. Duty Assignment (descriptive title):

| a. OCC | b. From | To | c. Type | 4. Duty Assignment |
|---|---|---|---|---|
| AR | 20051001 | 20060930 | C | FALLUJAH CMOC NCOIC/CAMP COMMANDANT |

5. Special Case: a. Adverse ☐ b. Not Observed ☐ c. Extended ☐

6. Marine Subject Of: a. Commendatory Material ☐ b. Derogatory Material ☐ c. Disciplinary Action ☐

7. Recommended For Promotion: a. Yes ☒ b. No ☐ c. N/A ☐

8. Special Information:

| | | | | | |
|---|---|---|---|---|---|
| a. QUAL | S N | d. HT(in.) | 72 | g. Reserve Component | SMCR |
| b. PFT | A225 | e. WT | 185 | h. Status | |
| c. CFT | | f. Body Fat | | i. Future Use | |

9. Duty Preference:

| | a. Code | b. Descriptive Title |
|---|---|---|
| 1st | | |
| 2nd | | |
| 3rd | | |

10. Reporting Senior:

| a. Last Name | b. Init | c. Service | d. ID | e. Grade | f. Duty Assignment |
|---|---|---|---|---|---|
| ASPACIO JR | RA | USMC | [redacted] | LTCOL | FCMOC DIRECTOR |

11. Reviewing Officer:

| a. Last Name | b. Init | c. Service | d. ID | e. Grade | f. Duty Assignment |
|---|---|---|---|---|---|
| MCCARTHY | MV | USMC | [redacted] | LTCOL | 3RD CAG DET 3 CO |

## B. BILLET DESCRIPTION

Civil Affairs NCO from 10/1/05 - 3/14/06
Fallujah CMOC SNOCIC from 3/15/06 - 6/1/06
Fallujah CMOC NCOIC/Camp Commandant 6/2/06 - 9/30/06

-Coordinate and participate in CA team operations and training
-Maintain accountability and ensured security and welfare of team personnel in combat
-Provide input to team leader regarding staffing mission commitments
-Order fuel, supplements, bottled water, bulk water, and MREs for CMOC
-Perform monthly safety inspection of work and berthing areas.

## C. BILLET ACCOMPLISHMENTS

-Coordinated and participated in CA operations and training
-Successfully maintained accountability and welfare of team personnel in combat
-Successfully completed, with minimal supervision, all other training and operational requirements, as directed by the chain of command in support of CAG missions, training and operations
-Fallujah CMOC SNCOIC from March 2006 - May 2006
-Maintained security of team in hostile combat environment
-Supported RCT-5 by doing CA work in the middle of the city of Fallujah at the CMOC
-While at the FCMOC, team badged over 12,000 Iraqis while still carefully screening the locals so AIF would not get badge at the FCMOC
-Responded on several QRF and on two separate times, obtained PID and returned fire
-While living at the FCMOC, compound was hit with over 225 mortars thru out the deployment and SAF attacks almost on a daily basis

EXHIBIT B - 1

| 1. Marine Reported On: a. Last Name | b. First Name | c. MI | d. ID | 2. Occasion and Period Covered: a. OCC | b. From | To |
|---|---|---|---|---|---|---|
| TICAS | DAVID | A | [redacted] | [redacted] | 20051001 | 20060930 |

## D. MISSION ACCOMPLISHMENT

1. PERFORMANCE. Results achieved during the reporting period. How well those duties inherent to a Marine's billet, plus all additional duties, formally and informally assigned, were carried out. Reflects a Marine's aptitude, competence, and commitment to the unit's success above personal reward. Indicators are time and resource management, task prioritization, and tenacity to achieve positive ends consistently.

| ADV | | | | | | | N/O |
|---|---|---|---|---|---|---|---|
| Meets requirements of billet and additional duties. Aptitude, commitment, and competence meet expectations. Results maintain status quo. | | Consistently produces quality results while measurably improving unit performance. Habitually makes effective use of time and resources; improves billet procedures and products. Positive impact extends beyond billet expectations. | | Results far surpass expectations. Recognizes and exploits new resources; creates opportunities. Emulated; sought after as an expert with influence beyond unit. Impact significant; innovative approaches to problems produce significant gains in quality and efficiency. | | | |
| A | B | C | D | E | F | G | H |
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

2. PROFICIENCY. Demonstrates technical knowledge and practical skill in the execution of the Marine's overall duties. Combines training, education and experience. Translates skills into actions which contribute to accomplishing tasks and missions. Imparts knowledge to others. Grade dependent.

| ADV | | | | | | | N/O |
|---|---|---|---|---|---|---|---|
| Competent. Possesses the requisite range of skills and knowledge commensurate with grade and experience. Understands and articulates basic functions related to mission accomplishment. | | Demonstrates mastery of all required skills. Expertise, education and experience consistently enhance mission accomplishment. Innovative troubleshooter and problem solver. Effectively imparts skills to subordinates. | | True expert in field. Knowledge and skills impact far beyond those of peers. Translates broad-based education and experience into forward thinking, innovative actions. Makes immeasurable impact on mission accomplishment. Peerless teacher, selflessly imparts expertise to subordinates, peers, and seniors. | | | |
| A | B | C | D | E | F | G | H |
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

JUSTIFICATION:

## E. INDIVIDUAL CHARACTER

1. COURAGE. Moral or physical strength to overcome danger, fear, difficulty or anxiety. Personal acceptance of responsibility and accountability, placing conscience over competing interests regardless of consequences. Conscious, overriding decision to risk bodily harm or death to accomplish the mission or save others. The will to persevere despite uncertainty.

| ADV | | | | | | | N/O |
|---|---|---|---|---|---|---|---|
| Demonstrates inner strength and acceptance of responsibility commensurate with scope of duties and experience. Willing to face moral or physical challenges in pursuit of mission accomplishment. | | Guided by conscience in all actions. Proven ability to overcome danger, fear, difficulty or anxiety. Exhibits bravery in the face of adversity and uncertainty. Not deterred by morally difficult situations or hazardous responsibilities. | | Uncommon bravery and capacity to overcome obstacles and inspire others in the face of moral dilemma or life-threatening danger. Demonstrated under the most adverse conditions. Selfless. Always places conscience over competing interests regardless of physical or personal consequences. | | | |
| A | B | C | D | E | F | G | H |
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

2. EFFECTIVENESS UNDER STRESS. Thinking, functioning and leading effectively under conditions of physical and/or mental pressure. Maintaining composure appropriate for the situation, while displaying steady purpose of action, enabling one to inspire others while continuing to lead under adverse conditions. Physical and emotional strength, resilience and endurance are elements.

| ADV | | | | | | | N/O |
|---|---|---|---|---|---|---|---|
| Exhibits discipline and stability under pressure. Judgment and effective problem-solving skills are evident. | | Consistently demonstrates maturity, mental agility and willpower during periods of adversity. Provides order to chaos through the application of intuition, problem-solving skills, and leadership. Composure reassures others. | | Demonstrates seldom-matched presence of mind under the most demanding circumstances. Stabilizes any situation through the resolute and timely application of direction, focus and personal presence. | | | |
| A | B | C | D | E | F | G | H |
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

3. INITIATIVE. Action in the absence of specific direction. Seeing what needs to be done and acting without prompting. The instinct to begin a task and follow through energetically on one's own accord. Being creative, proactive and decisive. Transforming opportunity into action.

| ADV | | | | | | | N/O |
|---|---|---|---|---|---|---|---|
| Demonstrates willingness to take action in the absence of specific direction. Acts commensurate with grade, training and experience. | | Self-motivated and action-oriented. Foresight and energy consistently transform opportunity into action. Develops and pursues creative, innovative solutions. Acts without prompting. Self-starter. | | Highly motivated and proactive. Displays exceptional awareness of surroundings and environment. Uncanny ability to anticipate mission requirements and quickly formulate original, far-reaching solutions. Always takes decisive, effective action. | | | |
| A | B | C | D | E | F | G | H |
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

JUSTIFICATION:

EXHIBIT B - 2

| 1. Marine Reported On: a. Last Name | b. First Name | c. MI | d. ID | 2. Occasion and Period Covered: a. OCC | b. From | To |
|---|---|---|---|---|---|---|
| TICAS | DAVID | A | [redacted] | [redacted] | 20051001 | 20060930 |

## F. LEADERSHIP

**1. LEADING SUBORDINATES.** The inseparable relationship between leader and led. The application of leadership principles to provide direction and motivate subordinates. Using authority, persuasion and personality to influence subordinates to accomplish assigned tasks. Sustaining motivation and morale while maximizing subordinates' performance.

| ADV | | | | | | | N/O |
|---|---|---|---|---|---|---|---|
| | Engaged; provides instructions and directs execution. Seeks to accomplish mission in ways that sustain motivation and morale. Actions contribute to unit effectiveness. | | Achieves a highly effective balance between direction and delegation. Effectively tasks subordinates and clearly delineates standards expected. Enhances performance through constructive supervision. Fosters motivation and enhances morale. Builds and sustains teams that successfully meet mission requirements. Encourages initiative and candor among subordinates. | | Promotes creativity and energy among subordinates by striking the ideal balance of direction and delegation. Achieves highest levels of performance from subordinates by encouraging individual initiative. Engenders willing subordination, loyalty, and trust that allow subordinates to overcome their perceived limitations. Personal leadership fosters highest levels of motivation and morale, ensuring mission accomplishment even in the most difficult circumstances. | | |

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

**2. DEVELOPING SUBORDINATES.** Commitment to train, educate, and challenge all Marines regardless of race, religion, ethnic background, or gender. Mentorship. Cultivating professional and personal development of subordinates. Developing team players and esprit de corps. Ability to combine teaching and coaching. Creating an atmosphere tolerant of mistakes in the course of learning.

| ADV | | | | | | | N/O |
|---|---|---|---|---|---|---|---|
| | Maintains an environment that allows personal and professional development. Ensures subordinates participate in all mandated development programs. | | Develops and institutes innovative programs, to include PME, that emphasize personal and professional development of subordinates. Challenges subordinates to exceed their perceived potential thereby enhancing unit morale and effectiveness. Creates an environment where all Marines are confident to learn through trial and error. As a mentor, prepares subordinates for increased responsibilities and duties. | | Widely recognized and emulated as a teacher, coach and leader. Any Marine would desire to serve with this Marine because they know they will grow personally and professionally. Subordinate and unit performance far surpassed expected results due to MRO's mentorship and team building talents. Attitude toward subordinate development is infectious, extending beyond the unit. | | |

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

**3. SETTING THE EXAMPLE.** The most visible facet of leadership: how well a Marine serves as a role model for all others. Personal action demonstrates the highest standards of conduct, ethical behavior, fitness, and appearance. Bearing, demeanor, and self-discipline are elements.

| ADV | | | | | | | N/O |
|---|---|---|---|---|---|---|---|
| | Maintains Marine Corps standards for appearance, weight, and uniform wear. Sustains required level of physical fitness. Adheres to the tenets of the Marine Corps core values. | | Personal conduct on and off duty reflects highest Marine Corps standards of integrity, bearing and appearance. Character is exceptional. Actively seeks self-improvement in wide-ranging areas. Dedication to duty and professional example encourage others' self-improvement efforts. | | Model Marine, frequently emulated. Exemplary conduct, behavior, and actions are tone-setting. An inspiration to subordinates, peers, and seniors. Remarkable dedication to improving self and others. | | |

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

**4. ENSURING WELL-BEING OF SUBORDINATES.** Genuine interest in the well-being of Marines. Efforts enhance subordinates' ability to concentrate/focus on unit mission accomplishment. Concern for family readiness is inherent. The importance placed on welfare of subordinates is based on the belief that Marines take care of their own.

| ADV | | | | | | | N/O |
|---|---|---|---|---|---|---|---|
| | Deals confidently with issues pertinent to subordinate welfare and recognizes suitable courses of action that support subordinates' well-being. Applies available resources, allowing subordinates to effectively concentrate on the mission. | | Instills and/or reinforces a sense of responsibility among junior Marines for themselves and their subordinates. Actively fosters the development of and uses support systems for subordinates which improve their ability to contribute to unit mission accomplishment. Efforts to enhance subordinate welfare improve the unit's ability to accomplish its mission. | | Noticeably enhances subordinates well-being, resulting in a measurable increase in unit effectiveness. Maximizes unit and base resources to provide subordinates with the best support available. Proactive approach serves to energize unit members to "take care of their own," thereby correcting potential problems before they can hinder subordinates' effectiveness. Widely recognized for techniques and policies that produce results and build morale. Builds strong family atmosphere. Puts motto *Mission first, Marines always*, into action. | | |

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

**5. COMMUNICATION SKILLS.** The efficient transmission and receipt of thoughts and ideas that enable and enhance leadership. Equal importance given to listening, speaking, writing, and critical reading skills. Interactive, allowing one to perceive problems and situations, provide concise guidance, and express complex ideas in a form easily understood by everyone. Allows subordinates to ask questions, raise issues and concerns and venture opinions. Contributes to a leader's ability to motivate as well as counsel.

| ADV | | | | | | | N/O |
|---|---|---|---|---|---|---|---|
| | Skilled in receiving and conveying information. Communicates effectively in performance of duties. | | Clearly articulates thoughts and ideas, verbally and in writing. Communication in all forms is accurate, intelligent, concise, and timely. Communicates with clarity and verve, ensuring understanding of intent or purpose. Encourages and considers the contributions of others. | | Highly developed facility in verbal communication. Adept in composing written documents of the highest quality. Combines presence and verbal skills which engender confidence and achieve understanding irrespective of the setting, situation, or size of the group addressed. Displays an intuitive sense of when and how to listen. | | |

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

JUSTIFICATION:

EXHIBIT B - 3

| 1. Marine Reported On: a. Last Name | b. First Name | c. MI | d. ID | 2. Occasion and Period Covered: a. OCC | b. From | To |
|---|---|---|---|---|---|---|
| TICAS | DAVID | A | [redacted] | | 20051001 | 20060930 |

## G. INTELLECT AND WISDOM

1.PROFESSIONAL MILITARY EDUCATION (PME). Commitment to intellectual growth in ways beneficial to the Marine Corps. Increases the breadth and depth of warfighting and leadership aptitude. Resources include resident schools; professional qualifications and certification processes; nonresident and other extension courses; civilian educational institution coursework; a personal reading program that includes (but is not limited to) selections from the Commandant's Reading List; participation in discussion groups and military societies; and involvement in learning through new technologies.

| ADV | | | | | | | N/O |
|---|---|---|---|---|---|---|---|
| | Maintains currency in required military skills and related developments. Has completed or is enrolled in appropriate level of PME for grade and level of experience. Recognizes and understands new and creative approaches to service issues. Remains abreast of contemporary concepts and issues. | | PME outlook extends beyond MOS and required education. Develops and follows a comprehensive personal program which includes broadened professional reading and/or academic course work; advances new concepts and ideas. | | Dedicated to life-long learning. As a result of active and continuous efforts, widely recognized as an intellectual leader in professionally related topics. Makes time for study and takes advantage of all resources and programs. Introduces new and creative approaches to services issues. Engages in a broad spectrum of forums and dialogues. | | |
| A ☐ | B ☐ | C ☐ | D ☒ | E ☐ | F ☐ | G ☐ | H ☐ |

2. DECISION MAKING ABILITY. Viable and timely problem solution. Contributing elements are judgment and decisiveness. Decisions reflect the balance between an optimal solution and a satisfactory, workable solution that generates tempo. Decisions are made within the context of the commander's established intent and the goal of mission accomplishment. Anticipation, mental agility, intuition, and success are inherent.

| ADV | | | | | | | N/O |
|---|---|---|---|---|---|---|---|
| | Makes sound decisions leading to mission accomplishment. Actively collects and evaluates information and weighs alternatives to achieve timely results. Confidently approaches problems; accepts responsibility for outcomes. | | Demonstrates mental agility; effectively prioritizes and solves multiple complex problems. Analytical abilities enhanced by experience, education, and intuition. Anticipates problems and implements viable, long-term solutions. Steadfast, willing to make difficult decisions. | | Widely recognized and sought after to resolve the most critical, complex problems. Seldom matched analytical and intuitive abilities; accurately foresees unexpected problems and arrives at well-timed decisions despite fog and friction. Completely confident approach to all problems. Masterfully strikes a balance between the desire for perfect knowledge and greater tempo. | | |
| A ☐ | B ☐ | C ☐ | D ☐ | E ☒ | F ☐ | G ☐ | H ☐ |

3. JUDGMENT. The discretionary aspect of decision making. Draws on core values, knowledge, and personal experience to make wise choices. Comprehends the consequences of contemplated courses of action.

| ADV | | | | | | | N/O |
|---|---|---|---|---|---|---|---|
| | Majority of judgments are measured, circumspect, relevant and correct. | | Decisions are consistent and uniformly correct, tempered by consideration of their consequences. Able to identify, isolate and assess relevant factors in the decision making process. Opinions sought by others. Subordinates personal interest in favor of impartiality. | | Decisions reflect exceptional insight and wisdom beyond this Marine's experience. Counsel sought by all; often an arbiter. Consistent, superior judgment inspires the confidence of seniors. | | |
| A ☐ | B ☐ | C ☐ | D ☒ | E ☐ | F ☐ | G ☐ | H ☐ |

JUSTIFICATION:

## H. FULFILLMENT OF EVALUATION RESPONSIBILITIES

1. EVALUATIONS. The extent to which this officer serving as a reporting official conducted, or required others to conduct, accurate, uninflated, and timely evaluations.

| ADV | | | | | | | N/O |
|---|---|---|---|---|---|---|---|
| | Occasionally submitted untimely or administratively incorrect evaluations. As RS, submitted one or more reports that contained inflated markings. As RO, concurred with one or more reports from subordinates that were returned by HQMC for inflated marking. | | Prepared uninflated evaluations which were consistently submitted on time. Evaluations accurately described performance and character. Evaluations contained no inflated markings. No reports returned by RO or HQMC for inflated marking. No subordinates' reports returned by HQMC for inflated marking. Few, if any, reports were returned by RO or HQMC for administrative errors. Section Cs were void of superlatives. Justifications were specific, verifiable, substantive, and where possible, quantifiable and supported the markings given. | | No reports submitted late. No reports returned by either RO or HQMC for administrative correction or inflated markings. No subordinates' reports returned by HQMC for administrative correction or inflated markings. Returned procedurally or administratively incorrect reports to subordinates for correction. As RO nonconcurred with all inflated reports. | | |
| A ☐ | B ☐ | C ☐ | D ☐ | E ☐ | F ☐ | G ☐ | H ☒ |

JUSTIFICATION:

EXHIBIT B - 4

| 1. Marine Reported On: a. Last Name | b. First Name | c. MI | d. ID | 2. Occasion and Period Covered: a. OCC | b. From | To |
|---|---|---|---|---|---|---|
| TICAS | DAVID | A | [redacted] | [redacted] | [redacted] | [redacted] |

## I. DIRECTED AND ADDITIONAL COMMENTS

Section A.3.c This is a combat fitness report in combat operations in the Al-Anbar Province, Iraq from 20060316 to 20060917.

Sergeant Ticas is a superb NCO. As Camp Commandant he ordered supplements, fuel, bottled water, bulk water, and MRE for CMOC personnel. He helped badge local nationals and was instrumental in Fallujah Expo. He filled out rapid request for Seabees to install air conditioners and fix electrical wires. H[redacted] demonstrated his can-do attitude by building a door to CAG berthing, install A/Cs, and trouble shoot electrical problems. He scheduled maintenance of CMOC generators and participated in convoys to and from CMOC. He has stood watch, manned QRF posts and contributed to overall security of CMOC. Sgt Ticas is highly recommended for promotion.

## J. CERTIFICATION

1. I CERTIFY that to the best of my knowledge and belief all entries made hereon are true and without prejudice or partiality and that I have provided a signed copy of this report to the Marine Reported on.

Electronically Signed By
*Regino A Aspacio Jr*
(Signature of Reporting Senior)

2006 10 20
(Date in YYYYMMDD format)

2. I ACKNOWLEDGE the adverse nature of this report and

- [ ] I have no statement to make
- [ ] I have attached a statement

(Signature of Marine Reported On)

(Date in YYYYMMDD format)

## K. REVIEWING OFFICER COMMENTS

1. OBSERVATION: [X] Sufficient [ ] Insufficient

2. EVALUATION: [X] Concur [ ] Do Not Concur

3. COMPARATIVE ASSESSMENT: Provide a comparative assessment of potential by placing an "X" in the appropriate box. In marking the comparison, consider all Marines of this grade whose professional abilities are known to you personally.

| DESCRIPTION | | COMPARATIVE ASSESSMENT |
|---|---|---|
| THE EMINENTLY QUALIFIED MARINE | [ ] | |
| ONE OF THE FEW EXCEPTIONALLY QUALIFIED MARINES | [ ] [ ] | |
| ONE OF THE MANY HIGHLY QUALIFIED PROFESSIONALS WHO FORM THE MAJORITY OF THIS GRADE | [X] [ ] [ ] | |
| A QUALIFIED MARINE | [ ] | |
| UNSATISFACTORY | [ ] | |



4. REVIEWING OFFICER COMMENTS: Amplify your comparative assessment mark; evaluate potential for continued professional development to include: promotion, command, assignment, resident PME, and retention; and put Reporting Senior marks and comments in perspective.

Quiet, diligent, and effective. Worked hard to keep the CMOC running smoothly and efficiently. Cooperated well and kept his chain of command informed. Led his Marines by example and with much concern for their welfare. Strove to make the mission exceed beyond what was expected. Neither boisterous nor complaining, takes adversity in stride. Enjoyed his duties and worked well coordinating all aspects of the mission at the CMOC. Fully capable of more responsibility and promotable with his peers.

5. I CERTIFY that to the best of my knowledge and belief all entries made hereon are true and without prejudice or partiality.

Electronically Signed By
*Michael V Mccarthy*
(Signature of Reviewing Officer)

2006 10 23
(Date in YYYYMMDD format)

6. I ACKNOWLEDGE the adverse nature of this report and

- [ ] I have no statement to make
- [ ] I have attached a statement

(Signature of Marine Reported On)

(Date in YYYYMMDD format)

## L. ADDENDUM PAGE

ADDENDUM PAGE ATTACHED: [ ] YES

EXHIBIT B - 5

# Exhibit C

USMC FITNESS REPORT (1610) FITREP ID #1115997
NAVMC 10835A (Rev. [illegible])
PREVIOUS EDITIONS WILL NOT BE USED
FOUO - Privacy sensitive if filled in

DO NOT STAPLE THIS FORM

# COMMANDANT'S GUIDANCE

The completed fitness report is the most important information component in manpower management. It is the primary means of evaluating a Marine's performance and is the Commandant's primary tool for the selection of personnel for promotion, augmentation, resident schooling, command, and duty assignments. Therefore, the completion of this report is one of an officer's most critical responsibilities. Inherent in this duty is the commitment of each Reporting Senior and Reviewing Officer to ensure the integrity of the system by giving close attention to accurate marking and timely reporting. Every officer serves a role in the scrupulous maintenance of this evaluation system, ultimately important to both the individual and the Marine Corps. Inflationary markings only serve to dilute the actual value of each report. Reviewing Officers will not concur with inflated reports.

## A. ADMINISTRATIVE INFORMATION

1. Marine Reported On:

| a. Last Name | b. First Name | c. MI | d. ID | e. Grade | f. DOR | g. PMOS | h. BILMOS |
|---|---|---|---|---|---|---|---|
| TICAS | DAVID | A | [redacted] | SGT | [redacted] | [redacted] | [redacted] |

2. Organization:

| a. MCC | b. RUC | c. Unit Description |
|---|---|---|
| [redacted] | [redacted] | I-I STF 2DBN 23DMAR 4THMARDIV |

3. Occasion and Period Covered: / 4. Duty Assignment (descriptive title):

| a. OCC | b. From | To | c. Type | 4. Duty Assignment |
|---|---|---|---|---|
| AR | 20100521 | 20100930 | N | SUPPLY ADMINISTRATION CHIEF |

5. Special Case: a. Adverse [ ] b. Not Observed [ ] c. Extended [ ]

6. Marine Subject Of: a. Commendatory Material [X] b. Derogatory Material [ ] c. Disciplinary Action [ ]

7. Recommended For Promotion: a. Yes [X] b. No [ ] c. N/A [ ]

8. Special Information:

| | | | | | |
|---|---|---|---|---|---|
| a. QUAL | E N | d. HT(in.) | 72 | g. Reserve Component | AR |
| b. PFT | NREQ | e. WT | 201 | h. Status | |
| c. CFT | A297 | f. Body Fat | | i. Future Use | |

9. Duty Preference:

| | a. Code | b. Descriptive Title |
|---|---|---|
| 1st | Y00 | NO PREFERENCE / AS DIRECTED |
| 2nd | Y00 | NO PREFERENCE / AS DIRECTED |
| 3rd | Y00 | NO PREFERENCE / AS DIRECTED |

10. Reporting Senior:

| a. Last Name | b. Init | c. Service | d. ID | e. Grade | f. Duty Assignment |
|---|---|---|---|---|---|
| TSUKANO | JM | USMC | [redacted] | CAPT | H&S COMPANY I&I |

11. Reviewing Officer:

| a. Last Name | b. Init | c. Service | d. ID | e. Grade | f. Duty Assignment |
|---|---|---|---|---|---|
| NASH | CB | USMC | [redacted] | LTCOL | BATTALION I&I |

## B. BILLET DESCRIPTION

-Perform the duties of the Supply Administration Chief.
-Oversee the procurement, tracking and receipt of all classes of supply for the battalion while serving as the Due and Status File (DASF) clerk.
-Perform bimonthly reconciliation of all requisitioned Equipment Repair Orders (ERO) with commodity managers.
-Inspect and Instruct Selected Marine Corps Reserve (SMCR) personnel on all required supply duties and responsibilities.
-Manage the Mechanized Allowance List (MAL) and oversee the Consolidated Memorandum Receipts (CMR) and the Monthly Serialized Inventories (MSIs).
-Participate in and support Community Outreach Programs to include; color guards, funeral honors and static displays.

## C. BILLET ACCOMPLISHMENTS

-Oversaw the processing and shipping of unserviceable equipment totaling $52,320 to Defense Reutilization and Marking Office (DRMO).
-Assisted with the supervision of the Wall to Wall inventory of all battalion assets valued at over $28 million dollars.
-Reduced the Loaded Unit Balance File from 74 NSN's to 37 NSN's through causative research and adjusted accordingly.
-Served as the battalion Police Sergeant during Operation BALTOPS 2010 in Tapa, Estonia.
-Supervised the implementation and execution of the battalions wash down plan for 55 pieces of rolling stock during Operation BALTOPS 2010 prior to U.S. Customs inspections.
-Oversaw the procurement and distribution of over 200 Marine Corps Running Suits through for H&S Co, placing unit readiness at 92%.
-Submitted 14 Critical Asset Rapid Deployment Force (CARDF) requests which saved the battalion over 100K of its own funds during the past fiscal year.
-Actively participated in 13 funeral details, 7 color guards and 2 static displays.

EXHIBIT C - 1

| 1. Marine Reported On: a. Last Name | b. First Name | c. MI | d. ID | 2. Occasion and Period Covered: a. OCC | b. From | To |
|---|---|---|---|---|---|---|
| TICAS | DAVID | A | [redacted] | [redacted] | 20100521 | 20100930 |

## D. MISSION ACCOMPLISHMENT

1. PERFORMANCE. Results achieved during the reporting period. How well those duties inherent to a Marine's billet, plus all additional duties, formally and informally assigned, were carried out. Reflects a Marine's aptitude, competence, and commitment to the unit's success above personal reward. Indicators are time and resource management, task prioritization, and tenacity to achieve positive ends consistently.

| ADV | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Meets requirements of billet and additional duties. Aptitude, commitment, and competence meet expectations. Results maintain status quo. | | Consistently produces quality results while measurably improving unit performance. Habitually makes effective use of time and resources; improves billet procedures and products. Positive impact extends beyond billet expectations. | | Results far surpass expectations. Recognizes and exploits new resources; creates opportunities. Emulated; sought after as an expert with influence beyond unit. Impact significant; innovative approaches to problems produce significant gains in quality and efficiency. | | N/O |
| A ☐ | B ☐ | C ☐ | D ☒ | E ☐ | F ☐ | G ☐ | H ☐ |

2. PROFICIENCY. Demonstrates technical knowledge and practical skill in the execution of the Marine's overall duties. Combines training, education and experience. Translates skills into actions which contribute to accomplishing tasks and missions. Imparts knowledge to others. Grade dependent.

| ADV | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Competent. Possesses the requisite range of skills and knowledge commensurate with grade and experience. Understands and articulates basic functions related to mission accomplishment. | | Demonstrates mastery of all required skills. Expertise, education and experience consistently enhance mission accomplishment. Innovative troubleshooter and problem solver. Effectively imparts skills to subordinates. | | True expert in field. Knowledge and skills impact far beyond those of peers. Translates broad-based education and experience into forward thinking, innovative actions. Makes immeasurable impact on mission accomplishment. Peerless teacher, selflessly imparts expertise to subordinates, peers, and seniors. | | N/O |
| A ☐ | B ☐ | C ☐ | D ☒ | E ☐ | F ☐ | G ☐ | H ☐ |

JUSTIFICATION:

## E. INDIVIDUAL CHARACTER

1. COURAGE. Moral or physical strength to overcome danger, fear, difficulty or anxiety. Personal acceptance of responsibility and accountability, placing conscience over competing interests regardless of consequences. Conscious, overriding decision to risk bodily harm or death to accomplish the mission or save others. The will to persevere despite uncertainty.

| ADV | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Demonstrates inner strength and acceptance of responsibility commensurate with scope of duties and experience. Willing to face moral or physical challenges in pursuit of mission accomplishment. | | Guided by conscience in all actions. Proven ability to overcome danger, fear, difficulty or anxiety. Exhibits bravery in the face of adversity and uncertainty. Not deterred by morally difficult situations or hazardous responsibilities. | | Uncommon bravery and capacity to overcome obstacles and inspire others in the face of moral dilemma or life-threatening danger. Demonstrated under the most adverse conditions. Selfless. Always places conscience over competing interests regardless of physical or personal consequences. | | N/O |
| A ☐ | B ☐ | C ☒ | D ☐ | E ☐ | F ☐ | G ☐ | H ☐ |

2. EFFECTIVENESS UNDER STRESS. Thinking, functioning and leading effectively under conditions of physical and/or mental pressure. Maintaining composure appropriate for the situation, while displaying steady purpose of action, enabling one to inspire others while continuing to lead under adverse conditions. Physical and emotional strength, resilience and endurance are elements.

| ADV | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Exhibits discipline and stability under pressure. Judgment and effective problem-solving skills are evident. | | Consistently demonstrates maturity, mental agility and willpower during periods of adversity. Provides order to chaos through the application of intuition, problem-solving skills, and leadership. Composure reassures others. | | Demonstrates seldom-matched presence of mind under the most demanding circumstances. Stabilizes any situation through the resolute and timely application of direction, focus and personal presence. | | N/O |
| A ☐ | B ☐ | C ☒ | D ☐ | E ☐ | F ☐ | G ☐ | H ☐ |

3. INITIATIVE. Action in the absence of specific direction. Seeing what needs to be done and acting without prompting. The instinct to begin a task and follow through energetically on one's own accord. Being creative, proactive and decisive. Transforming opportunity into action.

| ADV | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Demonstrates willingness to take action in the absence of specific direction. Acts commensurate with grade, training and experience. | | Self-motivated and action-oriented. Foresight and energy consistently transform opportunity into action. Develops and pursues creative, innovative solutions. Acts without prompting. Self-starter. | | Highly motivated and proactive. Displays exceptional awareness of surroundings and environment. Uncanny ability to anticipate mission requirements and quickly formulate original, far-reaching solutions. Always takes decisive, effective action. | | N/O |
| A ☐ | B ☐ | C ☒ | D ☐ | E ☐ | F ☐ | G ☐ | H ☐ |

JUSTIFICATION:

EXHIBIT C - 2

| 1. Marine Reported On: a. Last Name | b. First Name | c. MI | d. ID | 2. Occasion and Period Covered: a. OCC | b. From | To |
|---|---|---|---|---|---|---|
| TICAS | DAVID | A | [redacted] | [redacted] | 20100521 | 20100930 |

## F. LEADERSHIP

1. LEADING SUBORDINATES. The inseparable relationship between leader and led. The application of leadership principles to provide direction and motivate subordinates. Using authority, persuasion and personality to influence subordinates to accomplish assigned tasks. Sustaining motivation and morale while maximizing subordinates' performance.

| ADV | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADV | Engaged; provides instructions and directs execution. Seeks to accomplish mission in ways that sustain motivation and morale. Actions contribute to unit effectiveness. | | Achieves a highly effective balance between direction and delegation. Effectively tasks subordinates and clearly delineates standards expected. Enhances performance through constructive supervision. Fosters motivation and enhances morale. Builds and sustains teams that successfully meet mission requirements. Encourages initiative and candor among subordinates. | | Promotes creativity and energy among subordinates by striking the ideal balance of direction and delegation. Achieves highest levels of performance from subordinates by encouraging individual initiative. Engenders willing subordination, loyalty, and trust that allow subordinates to overcome their perceived limitations. Personal leadership fosters highest levels of motivation and morale, ensuring mission accomplishment even in the most difficult circumstances. | | N/O |

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | X | ☐ | ☐ | ☐ | ☐ |

2. DEVELOPING SUBORDINATES. Commitment to train, educate, and challenge all Marines regardless of race, religion, ethnic background, or gender. Mentorship. Cultivating professional and personal development of subordinates. Developing team players and esprit de corps. Ability to combine teaching and coaching. Creating an atmosphere tolerant of mistakes in the course of learning.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADV | Maintains an environment that allows personal and professional development. Ensures subordinates participate in all mandated development programs. | | Develops and institutes innovative programs, to include PME, that emphasize personal and professional development of subordinates. Challenges subordinates to exceed their perceived potential thereby enhancing unit morale and effectiveness. Creates an environment where all Marines are confident to learn through trial and error. As a mentor, prepares subordinates for increased responsibilities and duties. | | Widely recognized and emulated as a teacher, coach and leader. Any Marine would desire to serve with this Marine because they know they will grow personally and professionally. Subordinate and unit performance far surpassed expected results due to MRO's mentorship and team building talents. Attitude toward subordinate development is infectious, extending beyond the unit. | | N/O |

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | X | ☐ | ☐ | ☐ | ☐ | ☐ |

3. SETTING THE EXAMPLE. The most visible facet of leadership: how well a Marine serves as a role model for all others. Personal action demonstrates the highest standards of conduct, ethical behavior, fitness, and appearance. Bearing, demeanor, and self-discipline are elements.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADV | Maintains Marine Corps standards for appearance, weight, and uniform wear. Sustains required level of physical fitness. Adheres to the tenets of the Marine Corps core values. | | Personal conduct on and off duty reflects highest Marine Corps standards of integrity, bearing and appearance. Character is exceptional. Actively seeks self-improvement in wide-ranging areas. Dedication to duty and professional example encourage others' self-improvement efforts. | | Model Marine, frequently emulated. Exemplary conduct, behavior, and actions are tone-setting. An inspiration to subordinates, peers, and seniors. Remarkable dedication to improving self and others. | | N/O |

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | X | ☐ | ☐ | ☐ | ☐ |

4. ENSURING WELL-BEING OF SUBORDINATES. Genuine interest in the well-being of Marines. Efforts enhance subordinates' ability to concentrate/focus on unit mission accomplishment. Concern for family readiness is inherent. The importance placed on welfare of subordinates is based on the belief that Marines take care of their own.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADV | Deals confidently with issues pertinent to subordinate welfare and recognizes suitable courses of action that support subordinates' well-being. Applies available resources, allowing subordinates to effectively concentrate on the mission. | | Instills and/or reinforces a sense of responsibility among junior Marines for themselves and their subordinates. Actively fosters the development of and uses support systems for subordinates which improve their ability to contribute to unit mission accomplishment. Efforts to enhance subordinate welfare improve the unit's ability to accomplish its mission. | | Noticeably enhances subordinates well-being, resulting in a measurable increase in unit effectiveness. Maximizes unit and base resources to provide subordinates with the best support available. Proactive approach serves to energize unit members to "take care of their own," thereby correcting potential problems before they can hinder subordinates' effectiveness. Widely recognized for techniques and policies that produce results and build morale. Builds strong family atmosphere. Puts motto *Mission first, Marines always*, into action. | | N/O |

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | X | ☐ | ☐ | ☐ | ☐ | ☐ |

5. COMMUNICATION SKILLS. The efficient transmission and receipt of thoughts and ideas that enable and enhance leadership. Equal importance given to listening, speaking, writing, and critical reading skills. Interactive, allowing one to perceive problems and situations, provide concise guidance, and express complex ideas in a form easily understood by everyone. Allows subordinates to ask questions, raise issues and concerns and venture opinions. Contributes to a leader's ability to motivate as well as counsel.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADV | Skilled in receiving and conveying information. Communicates effectively in performance of duties. | | Clearly articulates thoughts and ideas, verbally and in writing. Communication in all forms is accurate, intelligent, concise, and timely. Communicates with clarity and verve, ensuring understanding of intent or purpose. Encourages and considers the contributions of others. | | Highly developed facility in verbal communication. Adept in composing written documents of the highest quality. Combines presence and verbal skills which engender confidence and achieve understanding irrespective of the setting, situation, or size of the group addressed. Displays an intuitive sense of when and how to listen. | | N/O |

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | X | ☐ | ☐ | ☐ | ☐ | ☐ |

JUSTIFICATION:

EXHIBIT C - 3

| 1. Marine Reported On: a. Last Name | b. First Name | c. MI | d. ID | 2. Occasion and Period Covered: a. OCC | b. From | To |
|---|---|---|---|---|---|---|
| TICAS | DAVID | A | [redacted] | | 20100521 | 20100930 |

## G. INTELLECT AND WISDOM

1.PROFESSIONAL MILITARY EDUCATION (PME). Commitment to intellectual growth in ways beneficial to the Marine Corps. Increases the breadth and depth of warfighting and leadership aptitude. Resources include resident schools; professional qualifications and certification processes; nonresident and other extension courses; civilian educational institution coursework; a personal reading program that includes (but is not limited to) selections from the Commandant's Reading List; participation in discussion groups and military societies; and involvement in learning through new technologies.

| ADV | | | | | | | N/O |
|---|---|---|---|---|---|---|---|
| | Maintains currency in required military skills and related developments. Has completed or is enrolled in appropriate level of PME for grade and level of experience. Recognizes and understands new and creative approaches to service issues. Remains abreast of contemporary concepts and issues. | | PME outlook extends beyond MOS and required education. Develops and follows a comprehensive personal program which includes broadened professional reading and/or academic course work; advances new concepts and ideas. | | Dedicated to life-long learning. As a result of active and continuous efforts, widely recognized as an intellectual leader in professionally related topics. Makes time for study and takes advantage of all resources and programs. Introduces new and creative approaches to services issues. Engages in a broad spectrum of forums and dialogues. | | |

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

2. DECISION MAKING ABILITY. Viable and timely problem solution. Contributing elements are judgment and decisiveness. Decisions reflect the balance between an optimal solution and a satisfactory, workable solution that generates tempo. Decisions are made within the context of the commander's established intent and the goal of mission accomplishment. Anticipation, mental agility, intuition, and success are inherent.

| ADV | | | | | | | N/O |
|---|---|---|---|---|---|---|---|
| | Makes sound decisions leading to mission accomplishment. Actively collects and evaluates information and weighs alternatives to achieve timely results. Confidently approaches problems; accepts responsibility for outcomes. | | Demonstrates mental agility; effectively prioritizes and solves multiple complex problems. Analytical abilities enhanced by experience, education, and intuition. Anticipates problems and implements viable, long-term solutions. Steadfast, willing to make difficult decisions. | | Widely recognized and sought after to resolve the most critical, complex problems. Seldom matched analytical and intuitive abilities; accurately foresees unexpected problems and arrives at well-timed decisions despite fog and friction. Completely confident approach to all problems. Masterfully strikes a balance between the desire for perfect knowledge and greater tempo. | | |

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

3. JUDGMENT. The discretionary aspect of decision making. Draws on core values, knowledge, and personal experience to make wise choices. Comprehends the consequences of contemplated courses of action.

| ADV | | | | | | | N/O |
|---|---|---|---|---|---|---|---|
| | Majority of judgments are measured, circumspect, relevant and correct. | | Decisions are consistent and uniformly correct, tempered by consideration of their consequences. Able to identify, isolate and assess relevant factors in the decision making process. Opinions sought by others. Subordinates personal interest in favor of impartiality. | | Decisions reflect exceptional insight and wisdom beyond this Marine's experience. Counsel sought by all; often an arbiter. Consistent, superior judgment inspires the confidence of seniors. | | |

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

JUSTIFICATION:

## H. FULFILLMENT OF EVALUATION RESPONSIBILITIES

1. EVALUATIONS. The extent to which this officer serving as a reporting official conducted, or required others to conduct, accurate, uninflated, and timely evaluations.

| ADV | | | | | | | N/O |
|---|---|---|---|---|---|---|---|
| | Occasionally submitted untimely or administratively incorrect evaluations. As RS, submitted one or more reports that contained inflated markings. As RO, concurred with one or more reports from subordinates that were returned by HQMC for inflated marking. | | Prepared uninflated evaluations which were consistently submitted on time. Evaluations accurately described performance and character. Evaluations contained no inflated markings. No reports returned by RO or HQMC for inflated marking. No subordinates' reports returned by HQMC for inflated marking. Few, if any, reports were returned by RO or HQMC for administrative errors. Section Cs were void of superlatives. Justifications were specific, verifiable, substantive, and where possible, quantifiable and supported the markings given. | | No reports submitted late. No reports returned by either RO or HQMC for administrative correction or inflated markings. No subordinates' reports returned by HQMC for administrative correction or inflated markings. Returned procedurally or administratively incorrect reports to subordinates for correction. As RO nonconcurred with all inflated reports. | | |

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

JUSTIFICATION:

EXHIBIT C - 4

| 1. Marine Reported On: a. Last Name | b. First Name | c. MI | d. ID | | 2. Occasion and Period Covered: a. OCC | b. From | c. To |
|---|---|---|---|---|---|---|---|
| TICAS | DAVID | A | [redacted] | | [redacted] | 20100521 | 20100930 |

## I. DIRECTED AND ADDITIONAL COMMENTS

Sgt Ticas is mature, well regarded, and technically proficient Supply Administration Chief. MRO is ready to manage an entire Supply Section and can do so at the very soonest. MRO managed the procurement of various critical items, that have significantly improved the operational capability of the Battalion. These items included over 50 sets of Dress Blue Overcoats, 200 sets of the Marine Corps running suit, and the DRMO of over $52,000 in end items. In addition, MRO managed the reduction of the LUBF from 74 NSNs to 34, a significant achievement coupled with the high operational tempo H&S Company maintains. MRO has conducted numerous funeral honor and community service events, that has improved the Marine Corps image in the local community. Recommend MRO for retention and promotion with his peers. Directed Comments; Sect A, Item 6a: MRO received a Letter of Appreciation, August 08, 2010.

## J. CERTIFICATION

1. I CERTIFY that to the best of my knowledge and belief all entries made hereon are true and without prejudice or partiality and that I have provided a signed copy of this report to the Marine Reported on.

Electronically Signed By
*Julian M Tsukano*
(Signature of Reporting Senior)

2010 10 05
(Date in YYYYMMDD format)

2. I ACKNOWLEDGE the adverse nature of this report and

☐ I have no statement to make
☐ I have attached a statement

(Signature of Marine Reported On)
(Date in YYYYMMDD format)

## K. REVIEWING OFFICER COMMENTS

1. OBSERVATION: [X] Sufficient ☐ Insufficient

2. EVALUATION: [X] Concur ☐ Do Not Concur

3. COMPARATIVE ASSESSMENT: Provide a comparative assessment of potential by placing an "X" in the appropriate box. In marking the comparison, consider all Marines of this grade whose professional abilities are known to you personally.

| DESCRIPTION | | COMPARATIVE ASSESSMENT |
|---|---|---|
| THE EMINENTLY QUALIFIED MARINE | ☐ | |
| ONE OF THE FEW EXCEPTIONALLY QUALIFIED MARINES | ☐ ☐ | |
| ONE OF THE MANY HIGHLY QUALIFIED PROFESSIONALS WHO FORM THE MAJORITY OF THIS GRADE | [X] ☐ ☐ | |
| A QUALIFIED MARINE | ☐ | |
| UNSATISFACTORY | ☐ | |



4. REVIEWING OFFICER COMMENTS: Amplify your comparative assessment mark; evaluate potential for continued professional development to include: promotion, command, assignment, resident PME, and retention; and put Reporting Senior marks and comments in perspective.

Professional, knowledgeable, and hard-working; MRO continues to thrive in this challenging independent duty. MRO has demonstrated mastery of his MOS, serving as the Supply Chief. His dedication and attention to detail were evident in his management of over 200 repair parts, the Marine Corps Running Suit issue, DRMO turn-in, and wall to wall inventory. MRO demonstrated his flexibility by filling the billet of Battalion Police Sergeant during an OCONUS AT. This developing Marine leader possesses unlimited potential. Retain and promote with peers.

5. I CERTIFY that to the best of my knowledge and belief all entries made hereon are true and without prejudice or partiality.

Electronically Signed By
*Christophe B Nash*
(Signature of Reviewing Officer)

2010 10 12
(Date in YYYYMMDD format)

6. I ACKNOWLEDGE the adverse nature of this report and

☐ I have no statement to make
☐ I have attached a statement

(Signature of Marine Reported On)
(Date in YYYYMMDD format)

## L. ADDENDUM PAGE

ADDENDUM PAGE ATTACHED: ☐ YES

EXHIBIT C - 5

# Exhibit D

USMC FITNESS REPORT (1610) FITREP ID #1942160
NAVMC 10835A (Rev. 1-05)(PF A-PES 6/4.12.0)
PREVIOUS EDITIONS WILL NOT BE USED
FOUO - Privacy sensitive if filled in

DO NOT STAPLE THIS FORM

# COMMANDANT'S GUIDANCE

The completed fitness report is the most important information component in manpower management. It is the primary means of evaluating a Marine's performance and is the Commandant's primary tool for the selection of personnel for promotion, augmentation, resident schooling, command, and duty assignments. Therefore, the completion of this report is one of an officer's most critical responsibilities. Inherent in this duty is the commitment of each Reporting Senior and Reviewing Officer to ensure the integrity of the system by giving close attention to accurate marking and timely reporting. Every officer serves a role in the scrupulous maintenance of this evaluation system, ultimately important to both the individual and the Marine Corps. Inflationary markings only serve to dilute the actual value of each report. Reviewing Officers will not concur with inflated reports.

## A. ADMINISTRATIVE INFORMATION

1. Marine Reported On:

| a. Last Name | b. First Name | c. MI | d. ID | e. Grade | f. DOR | g. PMOS | h. BILMOS |
|---|---|---|---|---|---|---|---|
| TICAS | DAVID | A | [redacted] | SSGT | [redacted] | [redacted] | [redacted] |

2. Organization:

| a. MCC | b. RUC | c. Unit Description |
|---|---|---|
| [redacted] | [redacted] | 1ST CIVIL AFFAIRS GROUP MARFORRES |

3. Occasion and Period Covered: / 4. Duty Assignment (descriptive title):

| a. OCC | b. From | To | c. Type | 4. Duty Assignment |
|---|---|---|---|---|
| CH | 20140606 | 20140825 | N | SUPPLY CHIEF |

5. Special Case: a. Adverse [ ] b. Not Observed [ ] c. Extended [ ]

6. Marine Subject Of: a. Commendatory Material [ ] b. Derogatory Material [ ] c. Disciplinary Action [ ]

7. Recommended For Promotion: a. Yes [X] b. No [ ] c. N/A [ ]

8. Special Information:

| | | | | | |
|---|---|---|---|---|---|
| a. QUAL | E N | d. HT(in.) | 72 | g. Reserve Component | |
| b. PFT | NMED | e. WT | 202 | h. Status | |
| c. CFT | NMED | f. Body Fat | | i. Future Use | |

9. Duty Preference:

| | a. Code | b. Descriptive Title |
|---|---|---|
| 1st | | |
| 2nd | | |
| 3rd | | |

10. Reporting Senior:

| a. Last Name | b. Init | c. Service | d. ID | e. Grade | f. Duty Assignment |
|---|---|---|---|---|---|
| WEBB | PB | USMC | [redacted] | LTCOL | INSPECTOR-INSTRUCTOR |

11. Reviewing Officer:

| a. Last Name | b. Init | c. Service | d. ID | e. Grade | f. Duty Assignment |
|---|---|---|---|---|---|
| SIMON | KD | USMC | [redacted] | COL | CHIEF OF STAFF |

## B. BILLET DESCRIPTION

-Inspect and Instruct Selected Marine Corps Reserve (SMCR) personnel on all required supply duties and responsibilities.
-Operates Fiscal management systems: Memorandum Fiscal Services, Marine Reporting Order Writing, SABRS, DTS, TAMIS and Citibank System.
-Supervises the Supply sections commodities; MAL,CMR's, DASF, Chow, Billeting, and DRMO; oversee the procurement, tracking and receipt of all classes of supply for 1st Civil Affairs Group.
-Unit Funds Manager/Approver
-Approving Official for UTC program
-Provides logistic support to 1st CAG and LEB Det 1

## C. BILLET ACCOMPLISHMENTS

-Requisitioned and received optics, weapons and personnel protective equipment for LE Det 1.
-Supervised the unit's annual Wall to Wall inventory of all unit's assets worth $3.5M.
-Planned and supervised the execution of all logistical requirements for 3 drill weekends and the unit Annual Training in 29 Palms.
-Ordered and tracked over 142 repair parts and Additional Demands in support of the unit's maintenance sections.
-Processed all transactions for optics and weapon transfer while maintaining 100% accuracy of unit's CRANE Report and MAL.
-Assisted in the preparation of the Supply Officer's and Commanding Officer's certificate of relief.

EXHIBIT D - 1

| 1. Marine Reported On: a. Last Name | b. First Name | c. MI | d. ID | 2. Occasion and Period Covered: a. OCC | b. From | To |
|---|---|---|---|---|---|---|
| TICAS | DAVID | A | [redacted] | [redacted] | 20140606 | 20140825 |

## D. MISSION ACCOMPLISHMENT

1. PERFORMANCE. Results achieved during the reporting period. How well those duties inherent to a Marine's billet, plus all additional duties, formally and informally assigned, were carried out. Reflects a Marine's aptitude, competence, and commitment to the unit's success above personal reward. Indicators are time and resource management, task prioritization, and tenacity to achieve positive ends consistently.

| ADV | | | | | | N/O |
|---|---|---|---|---|---|---|
| | Meets requirements of billet and additional duties. Aptitude, commitment, and competence meet expectations. Results maintain status quo. | | Consistently produces quality results while measurably improving unit performance. Habitually makes effective use of time and resources; improves billet procedures and products. Positive impact extends beyond billet expectations. | | Results far surpass expectations. Recognizes and exploits new resources; creates opportunities. Emulated; sought after as an expert with influence beyond unit. Impact significant; innovative approaches to problems produce significant gains in quality and efficiency. | |

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | X | ☐ | ☐ | ☐ | ☐ |

2. PROFICIENCY. Demonstrates technical knowledge and practical skill in the execution of the Marine's overall duties. Combines training, education and experience. Translates skills into actions which contribute to accomplishing tasks and missions. Imparts knowledge to others. Grade dependent.

| ADV | | | | | | N/O |
|---|---|---|---|---|---|---|
| | Competent. Possesses the requisite range of skills and knowledge commensurate with grade and experience. Understands and articulates basic functions related to mission accomplishment. | | Demonstrates mastery of all required skills. Expertise, education and experience consistently enhance mission accomplishment. Innovative troubleshooter and problem solver. Effectively imparts skills to subordinates. | | True expert in field. Knowledge and skills impact far beyond those of peers. Translates broad-based education and experience into forward thinking, innovative actions. Makes immeasurable impact on mission accomplishment. Peerless teacher, selflessly imparts expertise to subordinates, peers, and seniors. | |

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | X | ☐ | ☐ | ☐ | ☐ |

JUSTIFICATION:

## E. INDIVIDUAL CHARACTER

1. COURAGE. Moral or physical strength to overcome danger, fear, difficulty or anxiety. Personal acceptance of responsibility and accountability, placing conscience over competing interests regardless of consequences. Conscious, overriding decision to risk bodily harm or death to accomplish the mission or save others. The will to persevere despite uncertainty.

| ADV | | | | | | N/O |
|---|---|---|---|---|---|---|
| | Demonstrates inner strength and acceptance of responsibility commensurate with scope of duties and experience. Willing to face moral or physical challenges in pursuit of mission accomplishment. | | Guided by conscience in all actions. Proven ability to overcome danger, fear, difficulty or anxiety. Exhibits bravery in the face of adversity and uncertainty. Not deterred by morally difficult situations or hazardous responsibilities. | | Uncommon bravery and capacity to overcome obstacles and inspire others in the face of moral dilemma or life-threatening danger. Demonstrated under the most adverse conditions. Selfless. Always places conscience over competing interests regardless of physical or personal consequences. | |

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | X | ☐ | ☐ | ☐ | ☐ |

2. EFFECTIVENESS UNDER STRESS. Thinking, functioning and leading effectively under conditions of physical and/or mental pressure. Maintaining composure appropriate for the situation, while displaying steady purpose of action, enabling one to inspire others while continuing to lead under adverse conditions. Physical and emotional strength, resilience and endurance are elements.

| ADV | | | | | | N/O |
|---|---|---|---|---|---|---|
| | Exhibits discipline and stability under pressure. Judgment and effective problem-solving skills are evident. | | Consistently demonstrates maturity, mental agility and willpower during periods of adversity. Provides order to chaos through the application of intuition, problem-solving skills, and leadership. Composure reassures others. | | Demonstrates seldom-matched presence of mind under the most demanding circumstances. Stabilizes any situation through the resolute and timely application of direction, focus and personal presence. | |

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | X | ☐ | ☐ | ☐ | ☐ |

3. INITIATIVE. Action in the absence of specific direction. Seeing what needs to be done and acting without prompting. The instinct to begin a task and follow through energetically on one's own accord. Being creative, proactive and decisive. Transforming opportunity into action.

| ADV | | | | | | N/O |
|---|---|---|---|---|---|---|
| | Demonstrates willingness to take action in the absence of specific direction. Acts commensurate with grade, training and experience. | | Self-motivated and action-oriented. Foresight and energy consistently transform opportunity into action. Develops and pursues creative, innovative solutions. Acts without prompting. Self-starter. | | Highly motivated and proactive. Displays exceptional awareness of surroundings and environment. Uncanny ability to anticipate mission requirements and quickly formulate original, far-reaching solutions. Always takes decisive, effective action. | |

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | X | ☐ | ☐ | ☐ | ☐ |

JUSTIFICATION:

EXHIBIT D - 2

| 1. Marine Reported On: a. Last Name | b. First Name | c. MI | d. ID | 2. Occasion and Period Covered: a. OCC | b. From | To |
|---|---|---|---|---|---|---|
| TICAS | DAVID | A | [redacted] | [redacted] | 20140606 | 20140825 |

## F. LEADERSHIP

1. LEADING SUBORDINATES. The inseparable relationship between leader and led. The application of leadership principles to provide direction and motivate subordinates. Using authority, persuasion and personality to influence subordinates to accomplish assigned tasks. Sustaining motivation and morale while maximizing subordinates' performance.

| ADV | | | | | | N/O |
|---|---|---|---|---|---|---|
| | Engaged; provides instructions and directs execution. Seeks to accomplish mission in ways that sustain motivation and morale. Actions contribute to unit effectiveness. | | Achieves a highly effective balance between direction and delegation. Effectively tasks subordinates and clearly delineates standards expected. Enhances performance through constructive supervision. Fosters motivation and enhances morale. Builds and sustains teams that successfully meet mission requirements. Encourages initiative and candor among subordinates. | | Promotes creativity and energy among subordinates by striking the ideal balance of direction and delegation. Achieves highest levels of performance from subordinates by encouraging individual initiative. Engenders willing subordination, loyalty, and trust that allow subordinates to overcome their perceived limitations. Personal leadership fosters highest levels of motivation and morale, ensuring mission accomplishment even in the most difficult circumstances. | |

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

2. DEVELOPING SUBORDINATES. Commitment to train, educate, and challenge all Marines regardless of race, religion, ethnic background, or gender. Mentorship. Cultivating professional and personal development of subordinates. Developing team players and esprit de corps. Ability to combine teaching and coaching. Creating an atmosphere tolerant of mistakes in the course of learning.

| ADV | | | | | | N/O |
|---|---|---|---|---|---|---|
| | Maintains an environment that allows personal and professional development. Ensures subordinates participate in all mandated development programs. | | Develops and institutes innovative programs, to include PME, that emphasize personal and professional development of subordinates. Challenges subordinates to exceed their perceived potential thereby enhancing unit morale and effectiveness. Creates an environment where all Marines are confident to learn through trial and error. As a mentor, prepares subordinates for increased responsibilities and duties. | | Widely recognized and emulated as a teacher, coach and leader. Any Marine would desire to serve with this Marine because they know they will grow personally and professionally. Subordinate and unit performance far surpassed expected results due to MRO's mentorship and team building talents. Attitude toward subordinate development is infectious, extending beyond the unit. | |

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

3. SETTING THE EXAMPLE. The most visible facet of leadership: how well a Marine serves as a role model for all others. Personal action demonstrates the highest standards of conduct, ethical behavior, fitness, and appearance. Bearing, demeanor, and self-discipline are elements.

| ADV | | | | | | N/O |
|---|---|---|---|---|---|---|
| | Maintains Marine Corps standards for appearance, weight, and uniform wear. Sustains required level of physical fitness. Adheres to the tenets of the Marine Corps core values. | | Personal conduct on and off duty reflects highest Marine Corps standards of integrity, bearing and appearance. Character is exceptional. Actively seeks self-improvement in wide-ranging areas. Dedication to duty and professional example encourage others' self-improvement efforts. | | Model Marine, frequently emulated. Exemplary conduct, behavior, and actions are tone-setting. An inspiration to subordinates, peers, and seniors. Remarkable dedication to improving self and others. | |

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

4. ENSURING WELL-BEING OF SUBORDINATES. Genuine interest in the well-being of Marines. Efforts enhance subordinates' ability to concentrate/focus on unit mission accomplishment. Concern for family readiness is inherent. The importance placed on welfare of subordinates is based on the belief that Marines take care of their own.

| ADV | | | | | | N/O |
|---|---|---|---|---|---|---|
| | Deals confidently with issues pertinent to subordinate welfare and recognizes suitable courses of action that support subordinates' well-being. Applies available resources, allowing subordinates to effectively concentrate on the mission. | | Instills and/or reinforces a sense of responsibility among junior Marines for themselves and their subordinates. Actively fosters the development of and uses support systems for subordinates which improve their ability to contribute to unit mission accomplishment. Efforts to enhance subordinate welfare improve the unit's ability to accomplish its mission. | | Noticeably enhances subordinates well-being, resulting in a measurable increase in unit effectiveness. Maximizes unit and base resources to provide subordinates with the best support available. Proactive approach serves to energize unit members to "take care of their own," thereby correcting potential problems before they can hinder subordinates' effectiveness. Widely recognized for techniques and policies that produce results and build morale. Builds strong family atmosphere. Puts motto *Mission first, Marines always*, into action. | |

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

5. COMMUNICATION SKILLS. The efficient transmission and receipt of thoughts and ideas that enable and enhance leadership. Equal importance given to listening, speaking, writing, and critical reading skills. Interactive, allowing one to perceive problems and situations, provide concise guidance, and express complex ideas in a form easily understood by everyone. Allows subordinates to ask questions, raise issues and concerns and venture opinions. Contributes to a leader's ability to motivate as well as counsel.

| ADV | | | | | | N/O |
|---|---|---|---|---|---|---|
| | Skilled in receiving and conveying information. Communicates effectively in performance of duties. | | Clearly articulates thoughts and ideas, verbally and in writing. Communication in all forms is accurate, intelligent, concise, and timely. Communicates with clarity and verve, ensuring understanding of intent or purpose. Encourages and considers the contributions of others. | | Highly developed facility in verbal communication. Adept in composing written documents of the highest quality. Combines presence and verbal skills which engender confidence and achieve understanding irrespective of the setting, situation, or size of the group addressed. Displays an intuitive sense of when and how to listen. | |

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

JUSTIFICATION:

EXHIBIT D - 3

| 1. Marine Reported On: a. Last Name | b. First Name | c. MI | d. ID | 2. Occasion and Period Covered: a. OCC | b. From | To |
|---|---|---|---|---|---|---|
| TICAS | DAVID | A | [redacted] | | 20140606 | 20140825 |

## G. INTELLECT AND WISDOM

1.PROFESSIONAL MILITARY EDUCATION (PME). Commitment to intellectual growth in ways beneficial to the Marine Corps. Increases the breadth and depth of warfighting and leadership aptitude. Resources include resident schools; professional qualifications and certification processes; nonresident and other extension courses; civilian educational institution coursework; a personal reading program that includes (but is not limited to) selections from the Commandant's Reading List; participation in discussion groups and military societies; and involvement in learning through new technologies.

| ADV | | | | | | N/O |
|---|---|---|---|---|---|---|
| Maintains currency in required military skills and related developments. Has completed or is enrolled in appropriate level of PME for grade and level of experience. Recognizes and understands new and creative approaches to service issues. Remains abreast of contemporary concepts and issues. | | PME outlook extends beyond MOS and required education. Develops and follows a comprehensive personal program which includes broadened professional reading and/or academic course work; advances new concepts and ideas. | | Dedicated to life-long learning. As a result of active and continuous efforts, widely recognized as an intellectual leader in professionally related topics. Makes time for study and takes advantage of all resources and programs. Introduces new and creative approaches to services issues. Engages in a broad spectrum of forums and dialogues. | | |

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | X | ☐ | ☐ | ☐ | ☐ | ☐ |

2. DECISION MAKING ABILITY. Viable and timely problem solution. Contributing elements are judgment and decisiveness. Decisions reflect the balance between an optimal solution and a satisfactory, workable solution that generates tempo. Decisions are made within the context of the commander's established intent and the goal of mission accomplishment. Anticipation, mental agility, intuition, and success are inherent.

| ADV | | | | | | N/O |
|---|---|---|---|---|---|---|
| Makes sound decisions leading to mission accomplishment. Actively collects and evaluates information and weighs alternatives to achieve timely results. Confidently approaches problems; accepts responsibility for outcomes. | | Demonstrates mental agility; effectively prioritizes and solves multiple complex problems. Analytical abilities enhanced by experience, education, and intuition. Anticipates problems and implements viable, long-term solutions. Steadfast, willing to make difficult decisions. | | Widely recognized and sought after to resolve the most critical, complex problems. Seldom matched analytical and intuitive abilities; accurately foresees unexpected problems and arrives at well-timed decisions despite fog and friction. Completely confident approach to all problems. Masterfully strikes a balance between the desire for perfect knowledge and greater tempo. | | |

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | X | ☐ | ☐ | ☐ | ☐ |

3. JUDGMENT. The discretionary aspect of decision making. Draws on core values, knowledge, and personal experience to make wise choices. Comprehends the consequences of contemplated courses of action.

| ADV | | | | | | N/O |
|---|---|---|---|---|---|---|
| Majority of judgments are measured, circumspect, relevant and correct. | | Decisions are consistent and uniformly correct, tempered by consideration of their consequences. Able to identify, isolate and assess relevant factors in the decision making process. Opinions sought by others. Subordinates personal interest in favor of impartiality. | | Decisions reflect exceptional insight and wisdom beyond this Marine's experience. Counsel sought by all; often an arbiter. Consistent, superior judgment inspires the confidence of seniors. | | |

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | X | ☐ | ☐ | ☐ | ☐ |

JUSTIFICATION:

## H. FULFILLMENT OF EVALUATION RESPONSIBILITIES

1. EVALUATIONS. The extent to which this officer serving as a reporting official conducted, or required others to conduct, accurate, uninflated, and timely evaluations.

| ADV | | | | | | N/O |
|---|---|---|---|---|---|---|
| Occasionally submitted untimely or administratively incorrect evaluations. As RS, submitted one or more reports that contained inflated markings. As RO, concurred with one or more reports from subordinates that were returned by HQMC for inflated marking. | | Prepared uninflated evaluations which were consistently submitted on time. Evaluations accurately described performance and character. Evaluations contained no inflated markings. No reports returned by RO or HQMC for inflated marking. No subordinates' reports returned by HQMC for inflated marking. Few, if any, reports were returned by RO or HQMC for administrative errors. Section Cs were void of superlatives. Justifications were specific, verifiable, substantive, and where possible, quantifiable and supported the markings given. | | No reports submitted late. No reports returned by either RO or HQMC for administrative correction or inflated markings. No subordinates' reports returned by HQMC for administrative correction or inflated markings. Returned procedurally or administratively incorrect reports to subordinates for correction. As RO nonconcurred with all inflated reports. | | |

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | X |

JUSTIFICATION:

EXHIBIT D - 4

| 1. Marine Reported On: a. Last Name | b. First Name | c. MI | d. EDIPI | | 2. Occasion and Period Covered: a. OCC | b. From | c. To |
|---|---|---|---|---|---|---|
| TICAS | DAVID | A | [redacted] | | [redacted] | 20140606 | 20140825 |

## I. DIRECTED AND ADDITIONAL COMMENTS

Directed comment: Sect A; Items 8B/C; SNM is not medically qualified to complete the PFT/CFT due to post shoulder surgery. Excellent performance as the I-I and reserve unit Supply/Fiscal Chief. SSgt Ticas partially covered the gap in the I-I S-4 Officer billet and ensured accurate management of both fiscal and supply programs without drop in support. Over the short reporting period, SNM also started initial steps to close out the FY14 fiscal budget, developed the FY15 initial budget and conducted a total account inventory in order to successfully complete the supply account "Certificate of Relief" in support of the I-I command turnover. In conjunction with his normal duties, SNM provided direct support to the unit's drill and annual training period, ensuring all supply and contracting functions fully supported training and operations. Good fitness and appearance; retain and promote with peers.

## J. CERTIFICATION

1. I CERTIFY that to the best of my knowledge and belief all entries made hereon are true and without prejudice or partiality and that I have provided a signed copy of this report to the Marine Reported on.

Electronically Signed By
*Paul B Webb*
(Signature of Reporting Senior)

2014 08 21
(Date in YYYYMMDD format)

2. I ACKNOWLEDGE the adverse nature of this report and

☐ I have no statement to make
☐ I have attached a statement

(Signature of Marine Reported On)
(Date in YYYYMMDD format)

## K. REVIEWING OFFICER COMMENTS

1. OBSERVATION: [X] Sufficient ☐ Insufficient

2. EVALUATION: [X] Concur ☐ Do Not Concur

3. COMPARATIVE ASSESSMENT: Provide a comparative assessment of potential by placing an "X" in the appropriate box. In marking the comparison, consider all Marines of this grade whose professional abilities are known to you personally.

| DESCRIPTION | | COMPARATIVE ASSESSMENT |
|---|---|---|
| THE EMINENTLY QUALIFIED MARINE | ☐ | |
| ONE OF THE FEW EXCEPTIONALLY QUALIFIED MARINES | ☐ ☐ | |
| ONE OF THE MANY HIGHLY QUALIFIED PROFESSIONALS WHO FORM THE MAJORITY OF THIS GRADE | ☐ [X] ☐ | |
| A QUALIFIED MARINE | ☐ | |
| UNSATISFACTORY | ☐ | |



4. REVIEWING OFFICER COMMENTS: Amplify your comparative assessment mark; evaluate potential for continued professional development to include: promotion, command, assignment, resident PME, and retention; and put Reporting Senior marks and comments in perspective.

Concur with RS's comments and evaluation. Over this short period, SSgt Ticas partially filled critical functions of the gapped I-I S-4 officer billet and effectively managed both the fiscal and supply accounts. SNM's efforts resulted in full fiscal and supply accountability enabling an accurate and complete I-I command turnover. Solid Supply Chief - retain and promote with peer group.

5. I CERTIFY that to the best of my knowledge and belief all entries made hereon are true and without prejudice or partiality.

Electronically Signed By
*Kent D Simon*
(Signature of Reviewing Officer)

2014 09 22
(Date in YYYYMMDD format)

6. I ACKNOWLEDGE the adverse nature of this report and

☐ I have no statement to make
☐ I have attached a statement

(Signature of Marine Reported On)
(Date in YYYYMMDD format)

## L. ADDENDUM PAGE

ADDENDUM PAGE ATTACHED: ☐ YES

EXHIBIT D - 5

# Exhibit E

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| | | |
|---|---|---|
| 1. NAME *(Last, First, Middle)*<br>TICAS, DAVID A. | 2. DEPARTMENT, COMPONENT AND BRANCH<br>USMCR-B1 | 3. SOCIAL SECURITY NUMBER<br>[redacted] |
| 4a. GRADE, RATE OR RANK<br>SSGT | b. PAY GRADE<br>E6 | 5. DATE OF BIRTH *(YYYYMMDD)*<br>1981[redacted] |
| 6. RESERVE OBLIGATION TERMINATION DATE *(YYYYMMDD)*<br>00000000 | | |
| 7a. PLACE OF ENTRY INTO ACTIVE DUTY<br>BROOKLYN, NEW YORK 11252 | b. HOME OF RECORD AT TIME OF ENTRY *(City and state, or complete address if known)*<br>[redacted] | |
| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND<br>1ST CIV AFF GRP FHG MARFORRES, CAMP PENDLETON CA | b. STATION WHERE SEPARATED<br>SITE SPT (CAMPEN) 1ST CIV AFF GRP FHG (20123) | |
| 9. COMMAND TO WHICH TRANSFERRED<br>CMC (MMRP-16) | 10. SGLI COVERAGE [ ] NONE<br>AMOUNT: $ 400,000 | |

11. PRIMARY SPECIALTY *(List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)*

3043, SUPPLY ADMIN AND OPER SPEC (PMOS), 14 YEARS, 01 MONTH

| 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|
| a. DATE ENTERED AD THIS PERIOD | 2008 | 01 | 30 |
| b. SEPARATION DATE THIS PERIOD | 2015 | 04 | 29 |
| c. NET ACTIVE SERVICE THIS PERIOD | 07 | 03 | 00 |
| d. TOTAL PRIOR ACTIVE SERVICE | 04 | 11 | 09 |
| e. TOTAL PRIOR INACTIVE SERVICE | 02 | 05 | 10 |
| f. FOREIGN SERVICE | 00 | 00 | 00 |
| g. SEA SERVICE | 00 | 00 | 00 |
| h. INITIAL ENTRY TRAINING | 00 | 00 | 00 |
| i. EFFECTIVE DATE OF PAY GRADE | 2011 | 09 | 01 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED *(All periods of service)*

MARINE CORPS GOOD CONDUCT MEDAL, SELECTED MARINE CORPS RESERVE MEDAL (2), IRAQ CAMPAIGN MEDAL (W/1 STAR), LETTER OF APPRECIATION (4), NAVY UNIT COMMENDATION, GLOBAL WAR ON TERRORISM SERVICE MEDAL, CERTIFICATE OF APPRECIATION, SEA SERVICE DEPLOYMENT RIBBON (3), NATIONAL DEFENSE SERVICE MEDAL, ARMED FORCES EXPEDITIONARY MEDAL (SE ASIA), NAVY AND MARINE CORPS ACHIEVEMENT MEDAL, SEE REMARKS.

14. MILITARY EDUCATION *(Course title, number of weeks, and month and year completed)*

ENLISTED SUPPLY INTERMEDIATE (30G), 05/2010

| | | YES | | NO |
|---|---|---|---|---|
| 15a. COMMISSIONED THROUGH SERVICE ACADEMY | | YES | x | NO |
| b. COMMISSIONED THROUGH ROTC SCHOLARSHIP *(10 USC Sec. 2107b)* | | YES | x | NO |
| c. ENLISTED UNDER LOAN REPAYMENT PROGRAM *(10 USC Chap. 109) (If yes, years of commitment: ______)* | | YES | x | NO |

16. DAYS ACCRUED LEAVE PAID: 0.05

17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION — YES [ ] NO [x]

18. REMARKS

SERIAL # 4002525 /EDIPI: 1242518442. ITEM NO. 13 CONT. ARMED FORCES RESERVE MEDAL (W/'M' DEVICE), GLOBAL WAR ON TERRORISM EXPEDITIONARY MEDAL (IRAQ), PRESIDENTIAL UNIT CITATION-NAVY, COMBAT ACTION RIBBON (IRAQ), EXPERT RIFLE QUALIFICATION BADGE (4). GOOD CONDUCT MEDAL PERIOD COMMENCES 20101119. DATE DETACHED SEPARATION ACTIVITY: 20150429 8.00 DAYS TRAVEL TIME. VA 9411/5202/0000

The information contained here in is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

19a. MAILING ADDRESS AFTER SEPARATION *(Include ZIP Code)*

[redacted]

b. NEAREST RELATIVE *(Name and address - include Zip Code)*

[redacted]

20. MEMBER REQUESTS COPY 6 BE SENT TO *(Specify state/locality)* NY OFFICE OF VETERANS AFFAIRS — x YES / NO

a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC) — x YES / NO

| 21a. MEMBER SIGNATURE | b. DATE *(YYYYMMDD)* | 22a. OFFICIAL AUTHORIZED TO SIGN *(Typed name, grade, title, signature)* | b. DATE *(YYYYMMDD)* |
|---|---|---|---|
| [signature] | 20150305 | LTCOL CRAIG C. ULLMAN [signature] | 20150305 |

SPECIAL ADDITIONAL INFORMATION *(For use by authorized agencies only)*

| | | |
|---|---|---|
| 23. TYPE OF SEPARATION<br>TEMPORARILY RETIRED | 24. CHARACTER OF SERVICE *(Include upgrades)*<br>HONORABLE | |
| 25. SEPARATION AUTHORITY<br>MARCORSEPMAN 8501 | 26. SEPARATION CODE<br>SEK1 | 27. REENTRY CODE<br>N/A |
| 28. NARRATIVE REASON FOR SEPARATION<br>DISABILITY, TEMPORARY (ENHANCED) | | |
| 29. DATES OF TIME LOST DURING THIS PERIOD *(YYYYMMDD)*<br>NONE | | 30. MEMBER REQUESTS COPY 4 *(Initials)*<br>DAT |

DD FORM 214, AUG 2009 | PREVIOUS EDITION IS OBSOLETE. | MEMBER - 4

# Exhibit F

# United States Marine Corps

DEPARTMENT OF THE NAVY · UNITED STATES MARINE CORPS

SEMPER FIDELIS

## STAFF SERGEANT DAVID A. TICAS

*was transferred this date from the U. S. Marine Corps to the*

*Temporary Disability Retired List*

*after 12 years of Honorable and Faithful Active Service.*

*29 April 2015*
*Washington, D. C.*

*Commandant of the Marine Corps*

BUREAU OF ENGRAVING AND PRINTING

**DEPARTMENT OF THE NAVY**
HEADQUARTERS UNITED STATES MARINE CORPS
3280 RUSSELL ROAD
QUANTICO, VIRGINIA 22134-5103

IN REPLY REFER TO:
1850
MMSR-4
20 Dec 17

From: Commandant of the Marine Corps
To: Staff Sergeant David A. Ticas [redacted] USMC (Temporarily Retired), [redacted]

Subj: TRANSFER FROM THE TEMPORARY DISABILITY RETIRED LIST (TDRL) TO THE PERMANENT DISABILITY RETIRED LIST (PDRL)

Ref: (a) PEB Index No. M21700877 of 12 Dec 17
(b) Title 10, United States Code

Encl: (1) Certificate of Retirement
(2) Lapel Pin

1. Reference (a), directs that your name be removed from the Temporary Disability Retired List and placed on the Permanent Disability Retired List with a disability rating of 40 percent. Effective 1 January 2018, in conformity with the provisions of reference (b), you are placed on the Retired List.

2. A certificate of retirement and lapel pin are enclosed.

3. This letter is an important document and should be attached to the original of your DD Form 214 as proof of your status on the Retired List by reason of permanent disability.

4. You are authorized to be issued a retired identification card with an expiration date effective the day before your 65th birthday, the expiration date is a reminder to retirees that they must enroll in Medicare part A and B to retain their TRICARE for Life eligibility. Present this letter to the nearest military facility for issuance of the retired identification card, or review http://www.dmdc.osd.mil/rsl/owa/home for the nearest ID card issuing facility.

5. Your faithful service and many contributions to the Marine Corps are sincerely appreciated. On behalf of the Commandant of the Marine Corps and your fellow Marines, I extend to you every good wish for the future.

6. The Marine Corps Wounded Warrior Call Center (WWCC) provides support through distribution of information, resources, advocacy and all aspects of caring for our wounded, ill, and injured Marines and their family members. If you have any questions concerning your transition to the Permanent Disability Retirement List (PDRL), please contact CMC MMSR-4 at (703) 784-9308/09/21 or the WWCC at 1-(877)-4USMCWW (1-877-487-6299). WWCC hours of operation are 24/7, excluding federal holidays.

Michelle Perez
M. E. PEREZ
By direction

Copy to: File
DFAS, London KY

# Exhibit G

| INFORMAL | Findings of the Physical Evaluation Board Proceedings | Ref. # F215nm00600 |
|---|---|---|
| Date Printed 14 Jan 2015 | | Page 1 |

### PERSONNEL DATA

| 1. Name | 2. SSN | 3. Rate/Rank | 4. Service | 5. MOS | 6. LOS |
|---|---|---|---|---|---|
| TICAS, David A | [redacted] | SSGT | USMC | [redacted] | 11 yrs. 10 mos. |

### PHYSICAL EVALUATION BOARD

7. The Board convened at: NCPB, Washington DC, 14 Jan 2015 to consider the MedBoard originated at: Camp Pendleton,CA

Board Membership Consisted of:

Va-DRO, USN, Officer
Va-DRO, USN, Officer
Va-DRO, USN, Officer

### FINDINGS

| 8. Finding | 9. Recommended Disposition | 10. Combined Disability Rating |
|---|---|---|
| Unfit | To Be Placed on the Temporary Disability Retired List | 80% |

### DIAGNOSES AND RATINGS

| Category I: Unfitting Conditions | VA Diagnostic Codes | | Disability Rating or Reason if not rated |
|---|---|---|---|
| 1. PTSD * | 9411 | 70% | 70% |
| 1.1. MDD . Related Category 2 Diagnosis. | | | |
| 2. SHOULDER PAIN, RIGHT * | 5202 | 20% | 20% |

**Category III: Conditions that are not separately unfitting and do not contribute to the unfitting condition(s)**

3. ULNAR NEUROPATHY
4. ANKLE PAIN
5. CHRONIC PAIN, POST OPERATIVE

### ADDITIONAL FINDINGS

11. a. The disability was incurred while entitled to receive basic pay.
    b. The disability did not occur during a period of unauthorized absence.
    c. The disability is not the result of intentional misconduct or willful neglect.
    d. The disability did occur after 14 Sep 1978.
12. The disability may be permanent.
13. The disability did not result from a combat related injury as defined by Title 26 U.S. Code Section 104(b)(3).
14. All board members concurred.

J. S. Fitzpatrick, Col., USMC
By Direction

| INFORMAL | Findings of the Physical Evaluation Board Proceedings | Ref. # F215nm00600 |
|---|---|---|
| Date Printed 14 Jan 2015 | | Page 2 |

*PERSONNEL DATA*

| 1. Name | 2. SSN | 3. Rate/Rank | 4. Service | 5. MOS | 6. LOS |
|---|---|---|---|---|---|
| TICAS, David A | [redacted] | SSGT | USMC | [redacted] | 11 yrs. 10 mos. |

# AUTHENTICATION

*PHYSICAL EVALUATION BOARD MEMBERSHIP*

Medical Officer: VA-DRO, Va-DRO, USN, Officer
Presiding Officer: VA-DRO, Va-DRO, USN, Officer
Third Officer: VA-DRO, Va-DRO, USN, Officer

*FINDINGS COMMENTS*

*AUTHENTICATION SIGNATURE*

_______________ _______________
Date

*REVIEW SIGNATURES*

| | Signature | Date |
|---|---|---|
| QA Review: | | 14 Jan '15 |
| Legal Review: Required: Yes/ No | | |
| OJAG Review: Required: Yes/ No | | |

# Exhibit H



# Exhibit I

# Fullerton College

Upon recommendation of the Faculty
and under authorization granted by the Board of Governors
of the California Community Colleges hereby confers upon

## David Antonio Ticas

the degree of

## Associate in Arts Transfer

### Political Science AA-T

with all Rights, Benefits, and Privileges appertaining thereto in token
of the satisfactory completion of a two-year curriculum
December, Two Thousand Twenty.

President

Barbara Dunsheath
President, Board of Trustees

Cheryl A. Marshall
Chancellor

# Fullerton College

Upon recommendation of the Faculty
and under authorization granted by the Board of Governors
of the California Community Colleges hereby confers upon

**David Antonio Ticas**

the degree of

**Associate in Science**

**Construction Technology**

with all Rights, Benefits, and Privileges appertaining thereto in token
of the satisfactory completion of a two-year curriculum
May, Two Thousand Nineteen.

President

President, Board of Trustees

Chancellor

# Fullerton College

Upon recommendation of the Faculty
and under authorization granted by the Board of Governors
of the California Community Colleges hereby confers upon

## David Antonio Ticas

the degree of

## Associate in Arts

### Carpentry

with all Rights, Benefits, and Privileges appertaining thereto in token
of the satisfactory completion of a two-year curriculum
May, Two Thousand Nineteen.

President

President, Board of Trustees

Chancellor

# Exhibit J

The Honorable John D. Bates

U.S District Court for the District of Columbia

333 Constitution Ave NW,

Washington, D.C 20001

Dear Judge Bates,

This is the first and only opportunity that I will have to speak with you directly. I will do my best to keep this short and to the point. I also want to acknowledge that Joseph Biden is the current Commander in Chief of the U.S military, and I respect that.

On January 6th, 2021, I attended the *Stop The Steal* protest in Washington D.C to support President Trump. I did not attend this protest to be violent or to destroy any property. I along with more than one million other Americans were there for redress of our grievances. The 2020 election was decided by ballot harvesting and illegal voting by mail. Article 1 and 2 of the U.S Constitution asserts that only state legislators can change the voting laws in their states, this did not happen in the 2020 election. The five swing states: Wisconsin, Michigan, Pennsylvania, Georgia and Arizona all stopped counting the night of the election. I witnessed the fraud playout in real-time via social media and later verified by the documentary "2000 Mules" which shows the use of geolocation and pinpoints some of the fraud committed in the 2020 election. Geolocation is also what the Federal Bureau of Investigation (FBI) used to put many January 6 defendants in jail.

The same politicians and media personalities who have advocated for the covid lockdowns and mass vaccination (enclosure 1) are the same ones telling the world that there was no fraud in the 2020 election. Something does not seem right, it's fugazi. President Trump has warned Americans that U.S politicians and bureaucrats have been pushing for *globalization*, I refer to it as the *New World Order*. Under a one world government, the United States would cease to exist once national sovereignty is dissolved. An unelected group of bureaucrats would digitally dictate our lives here in America, we cannot let this happen. If we lose freedom here, there will be nowhere else to go.

For the last 21 years, U.S politicians and bureaucrats have sent our men and women to war in countries thousands of miles away. U.S military members and their families have sacrificed for the freedom and democracy of other countries. Since 9/11 thousands of American lives have been lost in this fight. Across America, mothers and fathers lost their child, wives and husbands lost their soulmate and children grew up without the love of their parent. These heroes sacrificed it all because they believed in what America stood for. It would have been a shame if I did not at least show up to protest for the preservation of freedom in my own country.

The January 6 protest was peaceful and organized when I reached the Ellipse at 11am. The violence at the U.S Capitol Building came as a surprise to me because everyone at the Ellipse was having a good time and there were no indications of violence occurring. The chaos began at the U.S Capitol Building the moment the U.S Capitol Police, undercover federal agents or their informants began throwing tear gas and concussion grenades into the crowd. Beginning at 1:50pm, tear gas was indiscriminately thrown at the crowd full of young children, women and older adults who were peacefully protesting. After the fourth volley of tear gas, many in the crowd became agitated and began to go up the steps of the U.S Capitol, I did as well.

The U.S government has a very troubling pattern of committing acts of violence and entrapment operations on its citizens. What the U.S Capitol Police and FBI did on January 6th, 2021 looks a lot like entrapment. It is also very troubling to know that Speaker Nancy Pelosi and D.C Mayor Bowser both rejected thousands of National Guard troops that President Trump offered them days before the January 6 protest (enclosure 2). I would like to say that the FBI agents who investigated and arrested me acted in a professional manner. They were just doing their job and I hold nothing against them.

On January 11, 2022, U.S Senator Ted Cruz questions the FBI's Jill Sanborn about the bureau's role and participation in the January 6 protest. Sanborn refuses to answer any of his questions, leaving open the possibility of FBI entrapment. I do not make this allegation lightly, there is a pattern of illegal activity within the FBI and other departments in the U.S government.

1. In 2016, the FBI illegally surveilled, investigated and opened FISA warrants on President Trump and his campaign officials. This operation is known as *Crossfire Hurricane*.

2. Governor Whitmer kidnapping case turned out to be an elaborate entrapment operation by the FBI. This case concluded with the defendants being acquitted due to FBI agents and informants concocting the kidnapping plan themselves so they could then entrap innocent Americans.

3. A declassified document from 1962 known as *Operation Northwoods* (enclosure 3) details the planning of a false flag operation by our own U.S government. The Joint Chiefs of Staff proposed a plan to attack (kill) civilian targets inside and outside the U.S to push for a war with Cuba. Criminal activity continues to this day inside our government, I know this because not one of the Joint Chiefs was ever brought up on charges and put in jail.

I support the police and law enforcement so long they stay true to their oath (enclosure 4). I do not support violence against law enforcement, politicians, media personalities or institutions. Decades of psychological warfare on the American public has reached a dangerous level where citizens who identify as Democrat or Republican see the other as their enemy. The key to breaking free from the programming is to remove oneself from all identities and begin raising individual awareness. The way to maintain our freedom as sovereign individuals is through peaceful non-compliance, this is the way.

It may seem that I am alone in this fight, but God has and will continue to be with me, always.

Semper Fidelis

David A. Ticas

June 27, 2022

# Covid-19 World Lockdown

David Ticas

3/21/2021

California State University Fullerton

Soc410: Theories of Social Behavior

Professor Michael P. Perez

At no time in world history has a pandemic affected the entire planet at such a rapid rate. Massive, coordinated lockdowns, freedom of movement and loss of being a free citizen changed American society. In March 2020, how did Americans react? Many reacted with a sense of fear from what they heard from the news and social media. [I for one first heard about this virus back in December 2019 via Twitter. I like to follow certain influencer, thinkers, and professionals in different fields so I can get a good sense of what the trends are (forward thinking).] The virus escaped out of a biolab in Wuhan, China. The Communist Chinese Party (CCP) was reluctant to let in inspectors and scientist into their laboratory to get crucial information about this virus. The only thing the world saw from China was their draconian lockdowns they forced on their citizens and the "ventilator" solution for the virus. What the American people need to understand is that the covid-19 virus is real, the pandemic is hoax. The American people need to be asking the right questions. What is the World Economic Forum? What is the Davos Forum? Who funds the World Health Organization? What is the Great Reset? The virus came out of a biolab created by the CCP, why isn't Communist China paying every American a monthly "stimulus check" for disrupting our lives? Why aren't any of our elected leaders saying this?

What makes this pandemic unprecedented is that world governments in lockstep have forcefully quarantined healthy people using fear as the weapon. Dr. Neil Ferguson, a virologist at Imperial College London said that he expected 2.2 million deaths in U.S from the Covid-19 virus (Reynolds 2020). The media used these numbers to instill fear on the public. As we all know now, that was a complete exaggeration by the scientific community and in no way resembled the truth.

U.S businesses were shut down and people were forbidden from earning a living. American workers were now being divided into groups of "essential" and "non-essential" workers. Our children were kept out of school, parks were closed, churches forbidden from congregating, but liquor and cannabis stores were considered essential by our politicians, so they remained opened. The forceful isolation and coordination of the masses is what Karl Marx alluded to when theorizing how the religious culture had to be weakened to allow for social progress (Seidman 2017:24). This pandemic is the perfect storm for Marx ideas to come to fruition in combination with a society being taught to hate their country and their way of government.

Governor Newsom and other radical politicians also released thousands of criminals from jail into the population due to covid-19, rather than safely mitigating the spread within prisons and by giving the prisoners masks. But not all States have reacted the same way, Florida has remained open without a mask mandate and has kept its schools opened during this outbreak. According to the data, New York and California have the strictest lockdowns but have the same numbers by percentages of infection & death rate as Florida. The lockdowns were never the answer to the virus, politicians are using "science" to disguise a globalist transformation of our way of life into a New World Order.

Once we understand that the reaction to the pandemic is 10x worst than the virus itself, it will all start to make sense. The American people did not lose their businesses, livelihoods, proms and homecoming due to covid-19, they lost all this due to their State Governors and local politicians forcing lockdowns. The "15 days to slow the spread" in March 2020 has turned into one full year with no end in sight. For the purpose of social change Marx believed that the middle class would need to be the driving force for modernization but would not do so because the change would be too broad (Seidman 2017:25). Due to this pandemic lockdown, the "broad change" has happened

and now the public is in a state of confusion. Will they accept socialism as the solution to this politically made pandemic?

The point I am making is that the covid-19 virus is real, the pandemic is a hoax. Yes, unfortunately many people have died due to complications of covid-19, but the rate of death is not pandemic levels. The AIDS virus, HINI Swine Flu, West African Ebola and the Zika virus are all considered "pandemics". The covid-19 virus has a 99.98% recovery rate, nothing close to justify the forceful lockdowns. According to the CDC "five underlying medical conditions that increase the risk for severe COVID-19-associated illness, including chronic kidney disease, chronic obstructive pulmonary disease (COPD), heart disease, diagnosed diabetes, and obesity". The U.S has an obesity rate among adults at 40%, this could be a reason for the high number of hospitalizations in the country due to covid-19. If the government was really concerned about our health as they appear to be now, why hasn't alcohol and cigarettes which directly cause heart disease and cancer not been banned long ago?

Due to the forced lockdowns, many Americans lost their income. The U.S government began implementing "stimulus bills" which aid Americans by direct payments, enhanced unemployment benefits, billions in aid to hospitals, small and big businesses, schools and foreign aid (stimulus bill meant to help Americans). Without these stimulus packages, the U.S economy would have crashed completely. Here is where Max Weber's ideas can come into play. Weber believed that for societal reforms to take place, it would have to be done by the middle class (Seidman 2017:49). The life of the middle class has been uprooted; how will the middle class react?

The same U.S politicians who took everything away from its citizens are now trying to pacify the people with "free money", and it is working. Many of the unemployed were making more money

with the enhanced unemployment and many refused to go back to work (Horsley 2020). We are moving into a dangerous situation where a universal basic income (UBI) is being slowly introduced. The new stimulus package recently signed by Biden will give cash payments of $250-$300 per child per month beginning July 2021, this is a recipe for disaster. When those checks stop and things "normalize", who is going to employ these people? Most small businesses have shut down their doors for good, especially in States run by Democrat Governors due to their tyrannical lockdowns. Will people accept not receiving a check anymore or will they give up more of their autonomy for a guaranteed government check?

Society has to wake up and realize what is happening, this pandemic is no coincidence. In October 2019, a pandemic simulation "war game" headed by Bill Gates was conducted in John Hopkins University, this was called "Event 201" (Pearce 2019). This war game mimicked exactly what happen 6 months later when a real virus came to the U.S. The world "elites" from the World Economic Forum (WEF) began to push the idea of a "Great Reset" in June 2020. The idea is similar to Marx's idea of communal use with no one owning anything anymore. The WEF's motto is "Build Back Better" which strangely is the exact same phrase Biden uses for his campaign slogan (Bakker 2020).

Now that the vaccine is available, people will be coerced into taking it by the illusion of a return to normalcy. Problem, reaction, solution - The Hegelian Dialectic which has been used by those in control for hundreds of years. I would suggest that everyone evaluates their current position in life/society and maximize to your benefit what is going to happen within the next year. You must see the big picture.

Bakker, Peter. "To Build Back Better, We Will Have to Reinvent Capitalism." *World Economic Forum*, 13 July 2020, www.weforum.org/agenda/2020/07/to-build-back-better-we-must-reinvent-capitalism-heres-how/.

Horsley, Scott. "For Many, $600 Jobless Benefit Makes It Hard To Return To Work." *NPR,* 26 May 2020, www.npr.org/2020/05/26/861906616/when-returning-to-your-job-means-a-cut-in-pay.

Pearce, Katie. "Pandemic Simulation Exercise Spotlights Massive Preparedness Gap." *John Hopkins Magazine*, 6 Nov 2019, www.hub.jhu.edu/2019/11/06/event-201-health-security/.

Reynolds, Alan. "How One Model Simulated 2.2 Million U.S Deaths from COVID-19." *Cato Institute*, 21 April 2020, www.cato.org/blog/how-one-model-simulated-22-million-us-deaths-covid-19.

Seidman, Steven. *Contested Knowledge: Social Theory Today*. 6th ed., John Wiley & Sons, Ltd., 2017.

CDC. (https://covid.cdc.gov/covid-data-tracker/?CDC_AA_refVal=https%3A%2F%2Fwww.cdc.gov%2Fcoronavirus%2F2019-ncov%2Fcases-updates%2Fcases-in-us.html#underlying-med-conditions)

OFFICE OF THE SECRETARY OF DEFENSE
1000 DEFENSE PENTAGON
WASHINGTON, D.C. 20301-1000

JAN 0 8 2021

MEMORANDUM FOR RECORD

SUBJECT: Timeline for December 31, 2020 – January 6, 2021

The purpose of this memorandum is to memorialize the planning and execution timeline for the Washington, D.C., National Guard's involvement in the January 6, 2021 First Amendment Protests in Washington, D.C.

The timeline is as follows:

**Thursday, December 31, 2020** (New Year's Eve)

- Mayor Muriel Bowser and Dr. Christopher Rodriguez, D.C. Director of Homeland Security and Emergency Management Agency, deliver a written request for D.C. National Guard (DCNG) support to D.C. Metro Police Department (MPD) and Fire and Emergency Service.

**Saturday, January 2, 2021**

- The Acting Secretary of Defense (A/SD) confers with the Chairman of the Joint Chiefs of Staff (CJCS) and the Secretary of the Army (SECARMY) on the Mayor's written request.

**Sunday, January 3, 2021**

- DoD confirms with U.S. Capitol Police (USCP) that there is no request for DoD support.
- A/SD meets with select Cabinet Members to discuss DoD support to law enforcement agencies and potential requirements for DoD support.
- A/SD and CJCS meet with the President. President concurs in activation of the DCNG to support law enforcement.

**Monday, January 4, 2021**

- USCP confirms there is no requirement for DoD support in a phone call with SECARMY.
- The A/SD, in consultation with CJCS, SECARMY, and DoD General Counsel (GC), reviews the Department's plan to be prepared to provide support to civil authorities, if asked, and approves activation of 340 members of the DCNG to support Mayor Bowser's request.
    - Support provided in response to Mayor Bowser's request includes support at:
        - Traffic Control Points: 90 personnel (180 total/2 shifts); Metro station support: 24 personnel (48 total/2 shifts); Weapons of Mass Destruction Civil Support Team: 20 personnel; and Internal Command and Control: 52 personnel.
    - A/SD also authorizes SECARMY to deploy a Quick Reaction Force (40 personnel staged at Joint Base Andrews) if additional support is requested by civil authorities.

Enclosure (2)

**Tuesday, January 5, 2021**

- Mayor Bowser delivers a letter addressed to the Acting Attorney General, A/SD, and SECARMY confirming that there are no additional support requirements from the D.C.
- 255 DCNG arrive in D.C. and begin to manage traffic control points alongside local law enforcement.

**Wednesday, January 6, 2021**

0830: A/SD and CJCS review DoD plan to support law enforcement agencies and request an exercise regarding DoD contingency response options.

1130: A/SD participates in table-top exercise regarding DoD contingency response options.

1305: A/SD receives open source reports of demonstrator movements to U.S. Capitol.

1326: USCP orders evacuation of Capitol complex.

1334: SECARMY phone call with Mayor Bowser in which Mayor Bowser communicates request for unspecified number of additional forces.

1349: Commanding General, DCNG, Walker phone call with USCP Chief Sund. Chief Sund communicates request for immediate assistance.

1422: SECARMY phone call with D.C. Mayor, Deputy Mayor, Dr. Rodriguez, and MPD leadership to discuss the current situation and to request additional DCNG support.

1430: A/SD, CJCS, and SECARMY meet to discuss USCP and Mayor Bowser's requests.

1500: A/SD determines all available forces of the DCNG are required to reinforce MPD and USCP positions to support efforts to reestablish security of the Capitol complex.

1500: SECARMY directs DCNG to prepare available Guardsmen to move from the armory to the Capitol complex, while seeking formal approval from A/SD for deployment. DCNG prepares to move 150 personnel to support USCP, pending A/SD's approval.

1504: A/SD, with advice from CJCS, DoD GC, the Chief of the National Guard Bureau (CNGB), SECARMY, and the Chief of Staff of the Army, provides verbal approval of the full activation of DCNG (1100 total) in support of the MPD. Immediately upon A/SD approval, Secretary McCarthy directs DCNG to initiate movement and full mobilization.

In response, DCNG redeployed all soldiers from positions at Metro stations and all available non-support and non-C2 personnel to support MPD. DCNG begins full mobilization.

1519: SECARMY phone call with Senator Schumer and Speaker Pelosi about the nature of Mayor Bowser's request. SECARMY explains A/SD already approved full DCNG mobilization.

1526: SECARMY phone call with Mayor Bowser and MPD police chief relays there was no denial of their request, and conveys A/SD approval of the activation of full DCNG.

1546: CNGB phone call with the Adjutant General (TAG) of Virginia to discuss support in Washington D.C. TAG said Governor had ordered mobilization of forces at 1532.

1548: SECARMY departs Pentagon for MPD HQ.

1555: CNGB phone call with TAG of Maryland to discuss support in Washington D.C. TAG said governor ordered the mobilization of the rapid response force. TAG reports Governor had ordered mobilization of the rapid response force at 1547.

1610: SECARMY arrives at MPD HQ.

1618: A/SD, CJCS, SECARMY, and CNGB discuss availability of National Guard (NG) forces from other States in the region. A/SD gives voice approval for out-of-State NG forces to muster and to be prepared to deploy to D.C.

1632: A/SD provides verbal authorization to re-mission DCNG to conduct perimeter and clearance operations in support of USCP. SECARMY to provide public notification of support.

1640: SECARMY phone call with Governor of Maryland. Governor to send Maryland NG troops to D.C., expected to arrive on January 7, 2021.

1702: Departure of 154 DCNG from D.C. Armory in support of USCP. Arrive at Capitol at 1740, swear in with USCP, and begin support operations.

1745: A/SD signs formal authorization for out-of-State NG to muster and gives voice approval for deployment in support of USCP.

1814: USCP, MPD, and DCNG successfully establish perimeter on the west side of the U.S. Capitol.

1936: A/SD provides vocal approval to lease fences in support of the USCP for security of the Capitol building.

2000: USCP declares Capitol building secure.

David S. Soldow
CAPT, USN
Executive Secretary



Enclosure (2)

TOP SECRET SPECIAL HANDLING NOFORN

THE JOINT CHIEFS OF STAFF
WASHINGTON 25, D.C.

UNCLASSIFIED

13 March 1962

MEMORANDUM FOR THE SECRETARY OF DEFENSE

Subject: Justification for US Military Intervention in Cuba (TS)

1. The Joint Chiefs of Staff have considered the attached Memorandum for the Chief of Operations, Cuba Project, which responds to a request of that office for brief but precise description of pretexts which would provide justification for US military intervention in Cuba.

2. The Joint Chiefs of Staff recommend that the proposed memorandum be forwarded as a preliminary submission suitable for planning purposes. It is assumed that there will be similar submissions from other agencies and that these inputs will be used as a basis for developing a time-phased plan. Individual projects can then be considered on a case-by-case basis.

3. Further, it is assumed that a single agency will be given the primary responsibility for developing military and para-military aspects of the basic plan. It is recommended that this responsibility for both overt and covert military operations be assigned the Joint Chiefs of Staff.

For the Joint Chiefs of Staff:

SYSTEMATICALLY REVIEWED
BY JCS ON 21 May 84
CLASSIFICATION CONTINUED

L. L. Lemnitzer

L. L. LEMNITZER
Chairman
Joint Chiefs of Staff

1 Enclosure
Memo for Chief of Operations, Cuba Project

EXCLUDED FROM GDS

EXCLUDED FROM AUTOMATIC
REGRADING; DOD DIR 5200.10
DOES NOT APPLY

TOP SECRET SPECIAL HANDLING NOFORN

TOP SECRET
JCS 1969/321
12 March 1962
Page 2165

UNCLASSIFIED

COPY NO. 1
SPECIAL DISTRIBUTION

NOTE BY THE SECRETARIES

to the

JOINT CHIEFS OF STAFF

on

NORTHWOODS (S)

A report* on the above subject is submitted for consideration by the Joint Chiefs of Staff.

F. J. BLOUIN
M. J. INGELIDO
Joint Secretariat

* Not reproduced herewith; on file in Joint Secretariat

EXCLUDED FROM GDS
EXCLUDED FROM AUTOMATIC
REGRADING; DOD DIRECTIVE
5200.10 DOES NOT APPLY



UNCLASSIFIED

[redacted]

UNCLASSIFIED

ANNEX TO APPENDIX TO ENCLOSURE A

PRETEXTS TO JUSTIFY US MILITARY INTERVENTION IN CUBA

(Note: The courses of action which follow are a preliminary submission suitable only for planning purposes. They are arranged neither chronologically nor in ascending order. Together with similar inputs from other agencies, they are intended to provide a point of departure for the development of a single, integrated, time-phased plan. Such a plan would permit the evaluation of individual projects within the context of cumulative, correlated actions designed to lead inexorably to the objective of adequate justification for US military intervention in Cuba).

1. Since it would seem desirable to use legitimate provocation as the basis for US military intervention in Cuba a cover and deception plan, to include requisite preliminary actions such as has been developed in response to Task 33 c, could be executed as an initial effort to provoke Cuban reactions. Harassment plus deceptive actions to convince the Cubans of imminent invasion would be emphasized. Our military posture throughout execution of the plan will allow a rapid change from exercise to intervention if Cuban response justifies.

2. A series of well coordinated incidents will be planned to take place in and around Guantanamo to give genuine appearance of being done by hostile Cuban forces.

a. Incidents to establish a credible attack (not in chronological order):

(1) Start rumors (many). Use clandestine radio.

(2) Land friendly Cubans in uniform "over-the-fence" to stage attack on base.

(3) Capture Cuban (friendly) saboteurs inside the base.

(4) Start riots near the base main gate (friendly Cubans).

(5) Blow up ammunition inside the base; start fires.

(6) Burn aircraft on air base (sabotage).

(7) Lob mortar shells from outside of base into base. Some damage to installations.

(8) Capture assault teams approaching from the sea or vicinity of Guantanamo City.

(9) Capture militia group which storms the base.

(10) Sabotage ship in harbor; large fires -- napthalene.

(11) Sink ship near harbor entrance. Conduct funerals for mock-victims (may be lieu of (10)).

b. United States would respond by executing offensive operations to secure water and power supplies, destroying artillery and mortar emplacements which threaten the base.

c. Commence large scale United States military operations.

3. A "Remember the Maine" incident could be arranged in several forms:

a. We could blow up a US ship in Guantanamo Bay and blame Cuba.

b. We could blow up a drone (unmanned) vessel anywhere in the Cuban waters. We could arrange to cause such incident in the vicinity of Havana or Santiago as a spectacular result of Cuban attack from the air or sea, or both. The presence of Cuban planes or ships merely investigating the intent of the vessel could be fairly compelling evidence that the ship was taken under attack. The nearness to Havana or Santiago would add credibility especially to those people that might have heard the blast or have seen the fire. The US could follow up with an air/sea rescue operation covered by US fighters to "evacuate" remaining members of the non-existent crew. Casualty lists in US newspapers would cause a helpful wave of national indignation.

4. We could develop a Communist Cuban terror campaign in the Miami area, in other Florida cities and even in Washington.

The terror campaign could be pointed at Cuban refugees seeking haven in the United States. We could sink a boatload of Cubans enroute to Florida (real or simulated). We could foster attempts on lives of Cuban refugees in the United States even to the extent of wounding in instances to be widely publicized. Exploding a few plastic bombs in carefully chosen spots, the arrest of Cuban agents and the release of prepared documents substantiating Cuban involvement also would be helpful in projecting the idea of an irresponsible government.

5. A "Cuban-based, Castro-supported" filibuster could be simulated against a neighboring Caribbean nation (in the vein of the 14th of June invasion of the Dominican Republic). We know that Castro is backing subversive efforts clandestinely against Haiti, Dominican Republic, Guatemala, and Nicaragua at present and possible others. These efforts can be magnified and additional ones contrived for exposure. For example, advantage can be taken of the sensitivity of the Dominican Air Force to intrusions within their national air space. "Cuban" B-26 or C-46 type aircraft could make cane-burning raids at night. Soviet Bloc incendiaries could be found. This could be coupled with "Cuban" messages to the Communist underground in the Dominican Republic and "Cuban" shipments of arms which would be found, or intercepted, on the beach.

6. Use of MIG type aircraft by US pilots could provide additional provocation. Harassment of civil air, attacks on surface shipping and destruction of US military drone aircraft by MIG type planes would be useful as complementary actions. An F-86 properly painted would convince air passengers that they saw a Cuban MIG, especially if the pilot of the transport were to announce such fact. The primary drawback to this suggestion appears to be the security risk inherent in obtaining or modifying an aircraft. However, reasonable copies of the MIG could be produced from US resources in about three months.

7. Hijacking attempts against civil air and surface craft should appear to continue as harassing measures condoned by the government of Cuba. Concurrently, genuine defections of Cuban civil and military air and surface craft should be encouraged.

8. It is possible to create an incident which will demonstrate convincingly that a Cuban aircraft has attacked and shot down a chartered civil airliner enroute from the United States to Jamaica, Guatemala, Panama or Venezuela. The destination would be chosen only to cause the flight plan route to cross Cuba. The passengers could be a group of college students off on a holiday or any grouping of persons with a common interest to support chartering a non-scheduled flight.

a. An aircraft at Eglin AFB would be painted and numbered as an exact duplicate for a civil registered aircraft belonging to a CIA proprietary organization in the Miami area. At a designated time the duplicate would be substituted for the actual civil aircraft and would be loaded with the selected passengers, all boarded under carefully prepared aliases. The actual registered aircraft would be converted to a drone.

b. Take off times of the drone aircraft and the actual aircraft will be scheduled to allow a rendezvous south of Florida. From the rendezvous point the passenger-carrying aircraft will descend to minimum altitude and go directly into an auxiliary field at Eglin AFB where arrangements will have been made to evacuate the passengers and return the aircraft to its original status. The drone aircraft meanwhile will continue to fly the filed flight plan. When over Cuba the drone will being transmitting on the international distress frequency a "MAY DAY" message stating he is under attack by Cuban MIG aircraft. The transmission will be interrupted by destruction of the aircraft which will be triggered by radio signal. This will allow ICAO radio

stations in the Western Hemisphere to tell the US what has happened to the aircraft instead of the US trying to "sell" the incident.

9. It is possible to create an incident which will make it appear that Communist Cuban MIGs have destroyed a USAF aircraft over international waters in an unprovoked attack.

a. Approximately 4 or 5 F-101 aircraft will be dispatched in trail from Homestead AFB, Florida, to the vicinity of Cuba. Their mission will be to reverse course and simulate fakir aircraft for an air defense exercise in southern Florida. These aircraft would conduct variations of these flights at frequent intervals. Crews would be briefed to remain at least 12 miles off the Cuban coast; however, they would be required to carry live ammunition in the event that hostile actions were taken by the Cuban MIGs.

b. On one such flight, a pre-briefed pilot would fly tail-end Charley at considerable interval between aircraft. While near the Cuban Island this pilot would broadcast that he had been jumped by MIGs and was going down. No other calls would be made. The pilot would then fly directly west at extremely low altitude and land at a secure base, an Eglin auxiliary. The aircraft would be met by the proper people, quickly stored and given a new tail number. The pilot who had performed the mission under an alias, would resume his proper identity and return to his normal place of business. The pilot and aircraft would then have disappeared.

c. At precisely the same time that the aircraft was presumably shot down a submarine or small surface craft would disburse F-101 parts, parachute, etc., at approximately 15 to 20 miles off the Cuban coast and depart. The pilots returning to Homestead would have a true story as far as they knew. Search ships and aircraft could be dispatched and parts of aircraft found.

UNCLASSIFIED

ENCLOSURE B

FACTS BEARING ON THE PROBLEM

1. The Joint Chiefs of Staff have previously stated* that US unilateral military intervention in Cuba can be undertaken in the event that the Cuban regime commits hostile acts against US forces or property which would serve as an incident upon which to base overt intervention.

2. The need for positive action in the event that current covert efforts to foster an internal Cuban rebellion are unsuccessful was indicated** by the Joint Chiefs of Staff on 7 March 1962, as follows:

> " - - - determination that a credible internal revolt is impossible of attainment during the next 9-10 months will require a decision by the United States to develop a Cuban "provocation" as justification for positive US military action."

3. It is understood that the Department of State also is preparing suggested courses of action to develop justification for US military intervention in Cuba.

* JCS 1969/303
** JCS 1969/313



UNCLASSIFIED

TOP SECRET SPECIAL HANDLING NOFORN

Enclosure (3)

# Reforming Society

David Ticas

4/26/2021

California State University Fullerton

Soc410: Theories of Social Behavior

Professor Michael P. Perez

The racial division has always existed in the United Stated since it's fight for freedom in 1776 from England. The United States at its inception, continued the practice of slavery due to it being the norm world-wide in the 1700s. It would not be until 1861 that the United States would fight a civil war to outlaw slavery in this country. That freedom has since spread world-wide to present day.

Black Americans took the brunt of abuse more than any other race in this country due to the normal practice of slavery. In the 1500s, England and Portugal used its colonizers to begin trading slaves from Africa and across the Atlantic Ocean to the new formed colonies and other Caribbean Islands. African slaves were used in plantations for their labor, soon laws were passed in Barbados which denied slaves their basic freedoms and classified them as property. Some, like Edward Said believed that humanism is what drives Western colonizer to do horrible acts "It is the destiny of the West to lift all of humanity from a childlike state of nature to the heights of civilization. As the most advanced sector of humanity, European societies are obligated to bring reason and civilization to all of humankind. This evangelical spirit is what ultimately drove Western imperialism and blinded the peoples of the West to the suffering and chaos they created." (Seidman 2017:257).

Not all elected leaders during this time agreed with the enslavement of humans. A white Christian male who fought this slave trade as a sitting member of the British Parliament was named William Wilberforce. Wilberforce spent his entire adult life fighting the slave trade and the injustices that surrounded it. Many believe that one reason why the slave trade continued for hundreds of years was due to the cowardice of the population in standing up for what was right. Politicians and those who control them know the psychology of the masses, most will not

jeopardize their lives or livelihoods for the sake of doing what is right if it does not directly affect them. It takes strong-willed individuals such as Wilberforce and President Abraham Lincoln to lead the masses to do what is right.

The U.S Civil War only freed black Americans in the physical form, it would take the Civil Rights Act of 1964 to break the mental and legal barriers black Americans faced. The decades that followed the U.S Civil War were filled with more abuse directed at the black Americans. This assault was led by some U.S politicians who supported slavery and the disgusting belief that they were superior to blacks. Southern Democrat politicians enacted Jim Crow laws which legalized racial segregation, this made every aspect of life as a black American hard in terms of being free within society. These laws forbid the voting of blacks Americans, sharing the same public facilities with whites, forbid the owning of property and so on. These politicians and leaders in southern communities also formed and used the Klu Klux Klan (KKK) to do physical harm to black Americans in order to keep them intimidated and suppressed.

Fast forward to May 2020, the entire world watches a video depicting a white police officer kneeling on a black American's neck for 8 minutes. The initial reaction from many people was that this tactic used by Police Officer Derek Chauvin was abusive and unnecessary. The death of this black American named George Floyd was unfortunately used by the media and corrupt politicians to push a false narrative to the public. The narrative was not new, it was a decade long narrative that the media has pushed, which is that white police officer disproportionately target black Americans.

The long 60 minute video from different body cams shows the real story which is uploaded on YouTube (10TampaBay 2020). A store clerk called the police because George Floyd was using

fake $20 bills to pay for items. Police Officer Chauvin had a prior history with Floyd as both men worked security at a local night club (Cancian 2021). In the first 20 minutes of the video you can see and hear Floyd behaving erratically. During the trial of Chauvin, the defense argued that Floyd had a prior history of heart disease and more importantly, had a lethal amount of fentanyl in his system during the moment of his arrest (Silva 2021).

There is so much in this case that people could argue, the bottom line is that a man died when he did not have to. In the case of George Floyd, the first police cruiser at the scene should have called in an ambulance to pick up Floyd as soon as possible. There is no excuse for not providing aid to an obvious disturbed individual, even if he did commit a petty crime such as using counterfeit money. The entire police department needs to be investigated for their lack of education and training for their officers. I see many things wrong with the way police officers are trained and how they are allowed to have part-time jobs on days off. The tactic of kneeling on a suspect's shoulder/neck is what officer Chauvin was trained to do by his department. Barry Brood, a use-of-force expert the defense used justified the kneeling tactic that officer Chauvin used on Floyd according to ABC7 news "Brodd likened it instead to a situation in which officers use a Taser on someone fighting with officers, and the suspect falls, hits his head and dies: "That isn't an incident of deadly force. That's an incident of an accidental death." (Forliti 2021).

In today's society, we are seeing the divide between citizens and police officers. It is being manipulated by the media and corrupt politicians. In a perfect society, we would have no need for the use of force on our citizens, but we do not live in such a society, yet. These are some changes that need to be addressed to fix this broken system.

1. Local politicians and district attorneys need to be held responsible for their negligent and dangerous laws that they pass. One example is the current District Attorney of Los Angeles George Gascon who is funded by George Soros (the same billionaire who funds Democrat politicians and the Black Lives Matter organization). These district attorneys and mayors refuse to uphold the laws within their jurisdictions (Booker 2020). These district attorneys refuse to charge individuals for the sake of "social justice". These decisions only further endanger the public and police officers who arrest these criminals only to have the district attorneys drop all charges withing hours. Stuart Hall wrote about this when he said "Criminalizing certain acts can be a state strategy for controlling rebellious individuals and movements. Similarly, engaging in law-violating behavior can be a political act." (Seidman 2017:137). What justice is there when you release or refuse to charge criminals for breaking laws which many times include assault, rape or the killing innocent citizens? There are already families protesting the injustices being done by Gascon (Linge 2020).
2. A better job needs to be done with the pay, benefits and time off for those carrying guns policing the rest of us. Why is it that the starting salary of a Los Angeles police officer only $59,000? This directly leads to police officers having to obtain part-time gigs on their off time in order to make ends meet for their families which is a leading stress outside of work. Yearly salaries for California politicians are $114,877 plus per diem. Paying police officers, a much higher salary will prevent the need of part-time jobs many police officer obtain. This will help the mental state of police officers which will directly benefit citizens. With a higher pay there needs to be higher standards when hiring and

retaining police officers. Only the best and brightest need to be policing the rest of us out in these streets. A higher salary would justify higher quality officers.

3. The use of body cams and recording 100% of the time the officer is "on duty" needs to be mandatory nation-wide. There are too many instances where a police officer is justified in using force against a suspect but is vilified by bystanders who have not seen the full picture of what occurred. Many people in the public only pull out their cell phones to record once the suspect is being manhandled by the police, at this point the public only sees "police brutality" which is amplified by corrupt politicians and the media. A recent example is the shooting of an Ohio 16-year-old who was in the act of stabbing another girl when she was shot by police. The dead girl's family went on tv and claimed she was the victim of unnecessary use of deadly force by the police officer, this was not true. The police department quickly released the body cam footage of the shooting which showed the moment the girl was in the process of stabbing someone when she was shot (Johnson 2021). The girl with the knife saw the police drive up and continued without regard to anything.

If we continue this path of division, there will be one choice left for the American people. The Hegelian Dialectic is in full display once again – problem, reaction, solution. The solution will be to have the United Nations oversee the policing of American cities due to the artificially created police brutality. Nothing is what it seems, chaos needs to reign supreme so a New World Order can emerge with full consent of the masses, the least we can do is inform them.

Booker, Brakkton. "George Gascon Implements Sweeping Changes to Los Angeles District Attorney's Office." *NPR*, 8 Dec 2020, https://www.npr.org/2020/12/08/944396495/george-gascon-implements-sweeping-changes-to-los-angeles-district-attorneys-offi

Cancian, Dan. "Did Derek Chauvin Work With George Floyd? Their Relationship Explained." *Newsweek*, 21 March 2021, https://www.newsweek.com/derek-chauvin-george-floyd-worked-together-relationship-1579431

Forliti, Amy. "Derek Chauvin trial live coverage: Expert says cop was justified in pinning down George Floyd." *ABC7News*, 13 April 2021, https://abc7news.com/defense-begins-case-in-ex-cops-trial-over-floyds-death-%7C-live/10511902/

Johnson, Karin. "Body cam footage released reveals more details in fatal police shooting of Columbus teen." *WLWT5*, 22 April 2021, https://www.wlwt.com/article/body-cam-footage-released-reveals-more-details-in-fatal-police-shooting-of-columbus-teen/36203400#

Linge, Mary Kay. "LA DA George Gascon slams victim's family as they protest sentencing plan." *New York Post*, 19 Dec 2020, https://nypost.com/2020/12/19/la-da-slams-victims-family-as-they-protest-sentencing-plan/?utm_source=twitter_sitebuttons&utm_medium=site%20buttons&utm_campaign=site%20buttons

Seidman, Steven. *Contested Knowledge: Social Theory Today*. 6th ed., John Wiley & Sons, LTD., 2017

Silva, Daniella. "Defense tries to use medical examiner findings against prosecution." *NBC News*, 19 April 2021, https://www.nbcnews.com/news/us-news/live-blog/derek-chauvin-trial-2021-04-19-n1264442/ncrd1264535#liveBlogHeader

10TampaBay. "RAW: George Floyd Minneapolis police body camera footage." *YouTube Website*, 10 Aug 2020, https://youtu.be/0gQYMBALDXc